# Kenosha Police Department Policy and Procedure Manual

| | |
|---|---|
| **Subject:** | **CRIME SCENES** |
| Effective Date | March 1, 1978 |
| Last Revised | November 11, 2003 |
| Policy Number | 42.3 |
| Special Instructions | O-131 |
| Distribution | All Personnel |
| Reevaluation Date | Annually |
| Number of Pages | 4 |

## I. POLICY

It is the policy of the Kenosha Police Department that all crime scenes will be protected and processed thoroughly, and evidence will be collected per the most current Crime Lab Physical Evidence Handbook.

## II. PROCEDURES

### A. DUTIES OF OFFICERS APPROACHING CRIME SCENE

1. Note and investigate persons running from the scene, or otherwise acting suspiciously. Record the license plates of vehicles coming from the area of the scene and observe.

2. Do not rush into the crime scene, valuable evidence can be lost if you are not careful. Plan your entry to minimize scene contamination.

### B. COMMAND OF CRIME SCENE

1. The first officer on the scene is in command and responsible for carrying out the procedures set out below until relieved by an officer of higher rank.

2. The officer in charge of the scene will request the assistance of an evidence technician and detective as needed.

3. The detective(s) assigned to the case will meet with the on scene supervisor to coordinate scene responsibilities and investigative efforts.

### C. DUTIES AND RESPONSIBILITIES ON A CRIME SCENE

1. Render assistance to the victim.

2. Determine that a crime has occurred and the nature of the crime.

3. Apprehend the offender if located.

4. Radio the following information to dispatch and other officers.

    a. The nature of the crime.

    b. Whether assistance is needed.

    c. The identity or description of the offender.

    d. The direction in which the offender fled.

    e. Description of the vehicle, if any, in which the offender fled: make, year, body type, color, license number and state of registration, number of occupants, description of occupants.

    f. Proceeds of crime in possession of offender.

    g. Type of weapon used.

    h. Any other information that may aid in the apprehension of the perpetrator.

5. Protect the evidence by securing the scene:

    a. Secure the scene with personnel and crime scene tape. Access to the scene must be limited to minimize contamination.

    b. Maintain a log of persons entering the crime scene. The log must record the date and time the person entered the crime scene and the date and time the person left the scene. Only persons who are assigned to the crime scene investigation and have a legitimate investigative need to enter the crime scene should be permitted to enter.

    c. Take steps to protect evidence that could be damaged if left in place, i.e. left outside uncovered in the rain.

    d. Evidence will be collected and packaged in accordance with the most current edition of the Physical Evidence Handbook from the Wisconsin Department of Justice, State Crime Laboratories.

    e. Maintain the chain of custody of the evidence.

    f. Evidence must be sealed and the officer's initials and date are to be written on the seal.

    g. Secure evidence at the Public Safety Building.

    h. Complete evidence card and log.

6. Record the scene

    a. Note the original condition of the scene, details are important. Include this information in narrative of report.

    b. Photograph and Video Tape the scene

        1. Overall view of the scene.

        2. Exterior.

        3. Point of entry, path and point of exit if can be determined,

        4. Items of evidence, with and without a scale if applicable.

    c. Sketch, Measure, Diagram

        1. Prepare rough sketch of scene.

        2. Measure scene using triangulation or baseline methods.

   3. Include items of evidence.
   4. Prepare a to-scale diagram if/when needed for court.
d. Record facts about the crime scene
   1. Specific location of the crime scene
   2. Weather conditions
   3. The names of all officers on the scene
   4. Information about evidence observed
   5. Inside room temperature of scene, if applicable
   6. Lighting condition
   7. Transient evidence, i.e. tire/shoe impressions, odors, smoke, etc.
7. Locate, identify, and interview witnesses:
   a. Identify witnesses
      1. Persons on the scene
      2. Reporting person
      3. Neighbors
      4. Bystanders

   b. Obtain from the witness their name, DOB, address, home and work telephone numbers, place of employment

   c. Keep witnesses separate, the most accurate information is provided when the witnesses do not converse and compare what they observed.

   d. Obtain the following information:
      1. Description of the offender
         - name and address if known
         - approximate age
         - sex and race
         - height, weight and build
         - skin tone (light, dark or medium complexion)
         - hair color and length
         - facial hair
         - wearing glasses or jewelry
         - clothing description
         - visible scars, marks, or tattoos
         - peculiarities such as a limp, stuttering, etc.

      2. Details about what the witness saw, heard, smelled, etc. Obtain as much information as possible.

      3. Any background information they may have about the case

  8. Complete and submit a detailed report.

D. FOLLOW UP INVESTIGATION TO BE COORDINATED BY DETECTIVE BUREAU.


_____
DANIEL C. WADE, CHIEF OF POLICE