# KENOSHA POLICE DEPARTMENT
## Statement

| DATE OF SUPPLEMENT: | DATE & TIME OF INCIDENT: | PAGE NUMBER: | CASE NUMBER: |
|---|---|---|---|
| 11/09/04 | 11/09/04 @ 0211 hours | 1 of 2 | 04-156477 |

NAME: ALBERT B. GONZALES       DOB: 07/08/69       SEX/RACE: M/H

ADDRESS: KENOSHA POLICE DEPT.       TELEPHONE: 605-5210

EMPLOYER: CITY OF KENOSHA       BUSINESS TELEPHONE: SAME AS ABOVE

This statement is being typed for me by Detective Michael A. Salas of the Kenosha Police Department and is a true and accurate account of my statement to him.

On 11/09/04 at approx. 0212 HRS. I was on a traffic assignment (Radar) in the 6700 BLK of Sheridan RD. (Kenosha, WI.) I heard radio transmission" #431 P.D. send us another squad". I knew via radio traffic that assistance was requested in the 8300 BLK- 14th AVE. I started to respond to the area for assistance. As I was southbound on Sheridan RD. I then heard LT. Krueger say "squad 5 P.D. I'm in route". LT. Krueger had passed me some minutes prior during my radar assignment. I continued responding and when I got to about to the 7500 BLK Of Sheridan RD. I heard an Officer (I don't know what Officer) yelling excitedly something to the effect of "Send another squad were in the house!" I then heard dispatch shut down the channel. I was in about the 8100 BLK of Sheridan RD. I heard another Officer (I don't know who) yell over the air to dispatch to "send another squad!", "send another squad". Dispatch then radioed "Is there another squad going to the scene" I radioed dispatch that I was responding. As I arrived in the area I saw LT. Krueger pull up on 14th.ave. in the 8300 BLK. I saw LT. Krueger get out of his squad, and start looking back in his squad for something. I then exited my squad. As I was running toward LT. Krueger, he (Krueger) was now about 15-20 feet ahead of me. I saw LT. Krueger yelling and pointing, I couldn't hear what LT. Krueger was yelling, due to the siren on my squad and probably Krueger's squad. I saw LT. Krueger running up the driveway of a house. I exited my squad and started running in the direction of LT. Krueger. As I ran up the driveway I noticed a vehicle (dark colored SUV) sitting in the middle of 14th.ave.. The driver's door was open, and so was the front passenger door. I noticed that a person with short spiky hair (I assumed was a male) was sitting in the front passenger seat of the aforementioned SUV, I hesitated a second because I didn't know if I was to secure this SUV and its passenger. I then heard screaming (Inaudible) it was several male voices coming from the backyard area of the house. I ran up the driveway and cut up behind the corner of the house. As I came around the corner I could see two Officers struggling with a male white suspect on the ground in the driveway area in front of a garage. The whole area was illuminated by some flood lights that I believe were coming off the garage. I saw LT. Krueger with his "Taser"

I have made the above statement without any threats or promises. It is my desire to state the true facts as to this incident. I have read the above statement and find it is true and correct.

Witness: _Det. Michael A. Salas #293_       Signed: _[signature] 463_       Date: _11-09-04_

RECORDS BUREAU

Case 2:05-cv-01176-CNC    Filed 03/03/06    Page 1 of 2    Document 13-8

# KENOSHA POLICE DEPARTMENT
## Statement

| DATE OF SUPPLEMENT: | DATE & TIME OF INCIDENT: | PAGE NUMBER: | CASE NUMBER: |
|---|---|---|---|
| 11/09/04 | 11/09/04 @ 0211 hours | 2 of 2 | 04-156477 |

out and stunning the white male suspect in the back. I know Krueger was making contact with the suspect's bare back as the suspects shirt was kind of pulled up. I heard two women yelling Oh my God! "What are you doing!"," What are you doing!". I saw the suspect raise up to a crouched position on his feet, totally ignoring the effects of the "Taser Stuns". I then saw Officer Strausbaugh approx. 1 foot from the suspect. The suspect bull rushed right at Officer Strausbaugh. Strausbaugh was bull rushed right into a silver car that was parked on the north side of the driveway. Now I see Krueger grabbing on to the back the suspect. I then heard Strausbaugh yell "He's got my gun!" I saw that Strausbaugh was still pinned against the driver side of the silver car. I then started to pull out my gun, I then heard Officer Strausbaugh yell again "Oh my God he's got my gun!!!" I will never forget the sound of Strausbaugh's voice it was almost as if he (Strausbaugh) was crying. I then ran around the front of the silver car because I couldn't get an angle on the suspect. As I was running around the front of the car I yelled "Straus" does he still have your gun!" I don't even know if Strausbaugh heard me. I again heard Officer Strausbaugh yelling terrified and now as if exhausted saying " Oh God he's got my gun ", Strausbaugh sounded terrified and sounded like he (Strausbaugh ) had nothing left in him. I think he sounded like he (Strausbaugh) knew he (Strausbaugh) was done. I knew I had to help. I got around the front of the car. I put my gun to the suspects head (I really don't know which side of the suspects head, this is all happening very fast) I put my non –gun hand (left hand) up to guide my weapon toward the suspects head, the suspect was still flailing wildly. I pressed my gun into the suspects head and pulled the trigger and nothing happened. I saw that I had jammed the guns slide not allowing the gun to fire. I pulled the gun back, to reposition the gun. As I was repositioning the gun I heard LT. Krueger yell "shoot" I fired almost simultaneously, because I was already trying to shoot. I shot into the suspects head. The suspect slumped, LT. Krueger was still holding the suspect, I saw blood running down the hood of the car. I de-cocked and re-holstered my weapon. I never did see what happened to Strausbaugh's gun. I then noticed Eric Weidner talking to two women, one in a white robe. LT. Krueger then called for a rescue. LT. Krueger called other personnel. LT. Krueger had let the suspect slump onto the silver car. I saw Beller arrive at the scene. Beller had come over a stockade fence and jumped down onto the driveway just north of the silver car. After the scene was secured, LT. Krueger asked if we were alright. We said yes. LT Krueger said" Okay "Gonzo "you and "Straus" go back to the safety building. I don't know if the suspect was under the influence of any controlled substances or intoxicants as the event happened so fast. I didn't smell anything an odor of intoxicants emanating from the suspect; however this was a grave and dangerous experience. I'm feel sad that deadly force had to be enlisted, but I have no doubt this force was necessary to protect Officer Strausbaugh, LT. Krueger, myself and anyone at the scene.

I have made the above statement without any threats or promises. It is my desire to state the true facts as to this incident. I have read the above statement and find it is true and correct.

Witness: _____ Signed: _____ Date: 11-19-04

RECORDS BUREAU

Case 2:05-cv-01176-CNC   Filed 03/03/06   Page 2 of 2   Document 13-8