# CANNON & DUNPHY, S.C.

Attorneys at Law



| | | |
|---|---|---|
| **William M. Cannon** | 595 North Barker Road | **Allan M. Foeckler** |
| **Patrick O. Dunphy** | P. O. Box 1750 | **Charles D. Schmidt** |
| **Mark L. Thomsen** | Brookfield, WI 53008-1750 | **Robert D. Crivello** |
| **Sarah F. Kaas** | Telephone: (262) 782-2700 | **Kevin R. Martin** |
| **Edward E. Robinson** | Facsimile: (262) 796-5800 | **Brett A. Eckstein** |

www.cannon-dunphy.com

February 24, 2006

VIA FACSIMILE
Mr. Kevin P Reak
Gunta & Reak, S.C.
219 North Milwaukee Street
Milwaukee, WI 53202-5818

  Re: Estate of Michael Edward Bell, et al. v.
     Officer Erich R. Strausbaugh, et al.
     Wisconsin - Eastern District Case No: 05-C-1176

Dear Mr. Reak:

  I do intend to bring a motion to sequester the defendants.

  Please send notices of deposition for Kim and Shantae Bell. I will retain Ray Reporting and see what I can do about negotiating a rate. I will let you know what it is. Hopefully, it will be lower than their standard rate.

            Very truly yours,

            **CANNON & DUNPHY, S.C.**

            *Patrick O. Dunphy*

            Patrick O. Dunphy
            Direct Dial: (262) 796-3701
            Direct Fax: (262) 796-3711
            pdunphy@cannon-dunphy.com

POD/jb