# STATEMENT

Page 1 of 1
Case Number: _____
Date of Birth: 09-30-58

Name: Kim M Bell        Address: 8310 – 14th Avenue
City: Kenosha           State: WI        Zip: 53143
Phone: 658-1219         Place of Employment: Clean As A Bell – Self Employed
On 11-09-04 (Date) 2:00am (Time) at 8310 – 14th Avenue (Location), I saw and heard the following:

**(In your own words, describe WHO did WHAT, WHERE, WHEN, WHY AND HOW, be accurate and complete.)**

PLEASE PRINT

I was home and in bed and was awakened by a commotion in the backyard. I glanced at the clock near my bed and I think it was around 2am. I got up and went down the steps and went out onto my deck. I remember my daughter Shantae by my side at this time. I noticed my son's watch on the driveway and then Michael's jacket, and then I noticed that Michael was under that jacket and there were two guys that were kicking and kneeing him. He was on his knees with his hands behind his back and I tried to pull one of them off. I told them to stop hurting my son or they would kill him. I told them I would call the police, and that was when I realized that they were the police. They told me to get back or I would be arrested, and that was when my daughter Shantae had to pull me back. I told them that they could arrest me then if they would stop hurting my son. I saw my son get up off of the pavement and his hands were behind his back and I know his hands were cuffed. The two officers are still fighting with him and the fight proceeds into Michael's Nissan. I see the fight continue and I see both officers on top of Michael and all I can see are Michael's legs sticking out. I hear one of the officers say, "he has my gun or he touched my gun". I then hear one of the officers say, "I got it" and then seconds later I heard the gun shot and I saw my son fall to the ground.

This statement was written for me by Investigator Leineweber as I told it to him and is true and correct to the best of my knowledge.

---

I have made the above statement without any threats or promises. It is my desire to state the true facts as to this incident. I have read the above statement and find it is true and correct.

Witness: _[signature]_      Signed: X _Kim M. Bell_
Date: 11-12-04              Date: 11/12/04

EXHIBIT A

Case 2:05-cv-01176-CNC    Filed 03/08/06    Page 1 of 1    Document 16-2