# STATEMENT

Page __1__ of __1__

Case Number: _____

Date of Birth: __05-15-79__

Name: __Shantae M. Bell__  Address: __8310 – 14th Avenue__

City: __Kenosha__  State: __WI__  Zip: __53143__

Phone: __818-5923__  Place of Employment: __Clean As A Bell – Self Employed__

On __11-09-04__ (Date) __2:10am__ (Time) at __8310 – 14th Avenue__ (Location), I saw and heard the following:

**(In your own words, describe WHO did WHAT, WHERE, WHEN, WHY AND HOW, be accurate and complete.)**

PLEASE PRINT

I was home and was awakened out of a sound sleep by a commotion outside my window. My mom was woken up also and told me that there was something going on outside. We both ran down the stairs and noticed red and blue police lights flashing in the front of our house. We ran around the stairs through the kitchen and I noticed that the garage spot lights were on. We opened the door and noticed that there were two guys that were fighting and beating on my brother Mike. We then went out through the back door of the house. We ran down the deck stairs screaming get off of him and someone yelled, "get back or I'll arrest you". At this point, I grabbed my mother and held her back. We stopped and then I realized that the two guys beating on my brother were cops. I realized this because I saw they were wearing blue uniforms and had belts with guns. It was at this point that I noticed that my brother was bent over at the waist with his arms behind his back and both officers were kneeing him and kicking him in the legs. My brother was yelling at the officers get off of me and the cops were not saying anything to him. They were more worried about us staying back. While I was holding my mother down, the fight progressed towards my brothers tan Nissan, which was parked in front of the garage. At some point during this fight, one of the officers that was fighting with my brother broke the drivers side mirror on the Nissan. The two officers threw my brother up against the left front fender area of the Nissan with enough force, causing the fender to dent. They then threw his upper body and head onto the hood. I remember seeing another cop come around the passenger side of the car, and another cop by the back of the house by the air conditioner and one more by the grill near the deck. It was at this time that I remember seeing a shiny metal object on the right wrist of my brother and this arm with the metal object on the wrist was behind his back. The two officers at this point were still on either side of him and were on top of him and holding him down. All of a sudden I hear one of the two officers who are holding my brother down say, "he's going for my gun". Mom started screaming, "Please don't shoot him, please don't hurt my son" and I was screaming, "Don't shoot him, don't shoot him". I heard one of the officers say, "Shoot him Shoot him" I then saw the officer on the right side of my brother, slightly raise his arm and shoot my brother in the head. My brothers body went limp and two different officers immediately took my mother and me into the house and away from the scene. I noticed that when I went back into the house that the time was 2:15am.

This statement was written for me by Investigator Leineweber as I told it to him and is true and correct to the best of my knowledge.

---

I have made the above statement without any threats or promises. It is my desire to state the true facts as to this incident. I have read the above statement and find it is true and correct.

Witness: _[signature]_  Signed: _Shantae Bell_

Date: __11-10-04__  Date: __11/10/04__

EXHIBIT B