# KENOSHA POLICE DEPARTMENT
## Statement

| DATE OF STATEMENT: | DATE & TIME OF INCIDENT: | PAGE NUMBER: | CASE NUMBER: |
|---|---|---|---|
| 11/09/04 | 11/09/04 @ 02:11 hours | 1 of 2 | 04-156477 |

NAME: BRIAN M. ROCCO  DOB: 01/10/83  SEX/RACE: M/W

ADDRESS: 6776 N. NORTHWEST HY #2E CHICAGO, IL  TELEPHONE: 262-705-3086

I HAVE KNOWN MIKE BELL SINCE HIGH SCHOOL. I CONSIDER MIKE TO BE A FRIEND, AND I HANG AROUND WITH MIKE WHEN I'M IN KENOSHA. I LIVE IN CHICAGO AT THIS TIME, BUT I'M BACK AND FORTH TO KENOSHA, AND I'M IN THE PROCESS OF MOVING BCK TO KENOSHA. MIKE AND I HANG OUT AT THE HARBOR SIDE TAVERN ON 50 ST. ON MONDAY, 11/08/04, I WAS SUPPOSED TO GO OUT WITH MIKE TO THE HARBOR SIDE. I WAS STAYING AT A FRIEND'S HOUSE ON 10 AVE AND 78 ST IN KENOSHA. MY FRIEND THERE IS RYAN LEMKE. I WAS WAITING AROUND AT RYAN'S HOUSE FOR MIKE TO SHOW UP, BUT HE DIDN'T SHOW. AT ABOUT 10:00 P.M. OR SO I DECIDED TO GO TO THE CAR WASH ON SHERIDAN RD TO VACUUM OUT MY CAR. WHILE I WAS THERE MIKE CALLED ME ON MY CELL PHONE AND TOLD ME THAT HE WOULD JUST MEET ME AT THE HARBOR SIDE. I DROVE TO THE HARBOR SIDE FROM THE CAR WASH. I GOT TO THE HARBOR SIDE SHORTLY AFTER 10:00 P.M. ON 11/08/04. MIKE WAS ALREADY AT THE BAR WHEN I GOT THERE. WHILE AT THE HARBOR SIDE I SAW MIKE DRINKING BEER. MIKE WAS DRINKING THE BEER FROM A BOTTLE. I'M NOT SURE HOW MANY BEERS MIKE HAD OR WHAT BRAND HE WAS DRINKING, BUT I THINK IT WAS PROBABLY COORS LIGHT OR BUD LIGHT. I WAS DRINKING BUD LIGHT, AND I HAD FIVE OR SIX BEERS AT THE HARBOR SIDE, ALONG WITH A COUPLE OF JAEGER BOMBS, WHICH IS JAEGERMEISTER AND RED BULL. MIKE AND I SHOT POOL AT THE BAR, AND MIKE SEEMED TO BE IN A PRETTY GOOD MOOD THERE. MIKE AND I LEFT THE HARBOR SIDE AT CLOSING TIME, AROUND 2:00 A.M. OM 11/09/04. I KNEW I WAS DRUNK AT THE TIME WE WERE LEAVING THE BAR, SO MIKE ENDED UP DRIVING MY CAR, WHICH IS A 1997 FORD EXPLORER, GREEN IN COLOR. I THINK I WAS A LITTLE MORE MESSED UP THAN MIKE, WHICH IS WHY HE DROVE MY CAR. MIKE DROVE US BACK TO HIS MOM'S HOUSE ON 14 AVE NEAR THE MCDONALD'S ON SHERIDAN RD. AS WE GOT JUST A COUPLE OF BLOCKS AWAY FROM MIKE'S HOUSE I SAW TWO POLICE SQUADS PULLED OVER. I DON'T THINK THAT MIKE SAW THE SQUADS WHEN I DID, AND I DIDN'T SAY ANYTHING TO MIKE ABOUT SEEING THE SQUADS. I DIDN'T THINK IT WAS ANY BIG DEAL AT THE TIME. MIKE HAD BEEN DRIVING FINE SINCE WE LEFT THE BAR, AND WE WERE JUST HAVING SMALL TALK AND LISTENING TO MUSIC ON THE WAY HOME FROM THE BAR. AS MIKE PULLED UP IN FRONT OF HIS MOM'S HOUSE I SAW RED AND BLUE POLICE LIGHTS BEHIND US. MIKE AND I BOTH GOT OUT OF THE CAR WHEN THE POLICE WERE BEHIND US, AND I ONLY SAW ONE SQUAD CAR WHEN I GOT OUT OF MY CAR. I HEARD AN OFFICER YELL FOR US TO GET BACK INTO THE CAR, WHICH I IMMEDIATELY DID. I KNOW THAT MIKE DIDN'T GET BACK IN THE CAR, AND I HEARD MIKE YELLING "WHAT THE FUCK DID I DO WRONG, I DIDN'T DO ANYTHING WRONG". I HEARD MIKE REPEAT THOSE COMMENTS, BUT I DIDN'T LOOK AT WHAT WAS HAPPENING. I FIGURED MIKE WOULD PROBABLY BE GETTING ROWDY WITH THE OFFICERS BECAUSE THAT'S THE WAY MIKE IS, BUT I

Witness: [signature]  Date: 11/09/04  Signed: [signature]

RECORDS BUREAU

EXHIBIT C

# KENOSHA POLICE DEPARTMENT
## Statement

| DATE OF STATEMENT: | DATE & TIME OF INCIDENT: | PAGE NUMBER: | CASE NUMBER: |
|---|---|---|---|
| 11/09/04 | 11/09/04 @ 02:11 hours | 2 of 2 | 04-156477 |

DIDN'T SEE WHAT WAS GOING ON. I ALSO DIDN'T WANT TO SEE WHAT WAS HAPPENING BECAUSE I JUST WANTED TO BE ABLE TO LEAVE AND GO BACK TO RYAN'S HOUSE. I WAS IN MY CAR FOR 9 OR 10 MINUTES WHEN ANOTHER OFICER CAME UP TO MY CAR. I ASKED THE OFFICER WHAT THE HELL WAS GOING ON, AND AT THIS POINT I SAW THAT THERE WERE SEVERAL SQUADS AROUND NOW. THE OFFICER BROUGHT ME TO A SQUAD CAR AND HAD ME TAKE A SEAT IN THE SQUAD. I NEVER SAW ANY FIGHT OR STRUGGLE WITH MIKE AND ANY OFFICER. I DON'T KNOW WHAT HAPPEN ED AFTER MIKE LEFT MY FORD EXPLORER IN FRONT OF HIS MOM'S HOUSE. THE WINDOW ON THE PASSENGER SIDE OF MY CAR WAS DOWN A LITTLE AS I WAS SITTING IN THE PASSENGER SEAT. I DID HEAR A SOUND OF WHAT I THOUGHT MIGHT BE A PELLET GUN, OR SOME POPPING SOUND LIKE THAT WHILE I WAS SITTING IN THE CAR. WHILE I WAS AT THE HARBOR SIDE EARLIER I HAD TALKED WITH SOME GIRLS I KNOW, AMBER, SUZIE AND MARY. I DON'T KNOW ANY OF THEIR LAST NAMES. OTHER THAN BEING TOLD TO GET BACK INTO THE CAR, I DIDN'T HEAR ANYTHING BEING SAID BY AN OFFICER. I ONLY HEARD MIKE SAYING THAT HE HADN'T DONE ANYTHING. I DIDN'T HEAR ANY OTHER CONVERSATIONS.

THIS STATEMENT WAS TYPED FOR ME BY DETECTIVE DANIEL STRASH OF THE KENOSHA POLICE DEPARTMENT AND IS A TRUE AND ACCURATE ACCOUNT OF WHAT OCCURRED.

Witness: Date: Signed: