# STATEMENT

Page 1 of 1

Case Number: _____

Date of Birth: 08-10-77

Name: Craig D. El              Address: 6402 – 5th Avenue
City: Kenosha                  State: WI        Zip: 53143
Phone: 653-1396                Place of Employment: Ultimate Gymnastics – Gurnee, IL
On 11-09-04 (Date) _____ (Time) at 8310 – 14th Avenue (Location), I saw and heard the following:

**(In your own words, describe WHO did WHAT, WHERE, WHEN, WHY AND HOW, be accurate and complete.)**

PLEASE PRINT

I was out with Michael Bell Jr at the Harbour Side bar from midnight and stayed there with him until approximately 1:30am. I went up to Mike and told him that I had to leave. He begged me not to go in fear that I was to intoxicated. He was very clear about not approving of anyone driving drunk. I reminded him that I had been drinking water for about an hour. I asked him if he was ok to get home and if he needed me to come back. He told me no, but assured me that he wasn't going to drive. After I dropped my friends off, I made a phone call around 2am to Michael to see if he was ok. During this phone call, I asked Michael if he was driving and he told me he was not. He asked me to meet him at his house in about 5 minutes and I said ok. I drove to Michael's house at 8310 – 14th Avenue, and parked in the street behind his driveway. About 2 minutes later, I saw this blazer type vehicle pull up and park in front of Michael's house. Once I saw the blazer pull up, I looked down to turn my car off and grab my jacket off the back seat, when police cars pulled up behind them. One squad pulled up directly behind the blazer, one squad was stopped on an angle to the left of the driver's door and the third squad was facing toward the front of the blazer. The next thing I remember seeing is Mike facing the passenger side of the Blazer with several officers surrounding him. Every time Mike tried to turn around and speak to the officers, he was pushed back up against the Blazer and said, "you can't do this to me I know my rights". After Mike was pushed a few times, Mike started to begin to become more aggressive himself and started yelling, "get your hands off of me, let me go" and started swinging his arms and fighting back. The altercation between Mike and the officers eventually made its way to the front yard, and that's where four or more officers forced Mike onto the ground by hitting and kicking him. I could see the officers putting Mike's arms behind his back, and it appeared that they were handcuffing him. Because it was so dark, and the amount of officers on top of Mike, I could not physically see actual handcuffs on Mike's wrists. The next thing I remember was seeing Mike face down on the ground with four officers on his back, neck, shoulders and arms. Suddenly the officers on the left arm and right arm of Mike stood up, and I saw the officer that was on top of Mikes lower back area stand up also. This officer stepped back and pulled a tazer gun and pointed it at Mike. Mike sat up with both arms behind his back and his knees on the ground. All of a sudden I saw a red dot on Mike's back and I heard a pop. I saw Mike arch forward and scream very loud. I really thought at this time that they shot Mike with a gun, but found out later that it was a tazer. Mike then stood up and ran to the back of his house with his arms behind his back. This is when I lost all visual contact of Mike. A few minutes later, I heard what sounded like a gunshot and found out later that he was murdered.

This statement was written for me by Investigator Leineweber as I told it to him and is true and correct to the best of my knowledge.

I have made the above statement without any threats or promises. It is my desire to state the true facts as to this incident. I have read the above statement and find it is true and correct.

Witness: _____  Signed: X _____
Date: 11-11-04                Date: 11/11/04

EXHIBIT D

Case 2:05-cv-01176-CNC    Filed 03/08/06    Page 1 of 1    Document 16-5