# KENOSHA POLICE DEPARTMENT
## Statement

| | | | |
|---|---|---|---|
| DATE OF STATEMENT: 11/12/04 | DATE & TIME OF INCIDENT: 11/09/04 @ 02:11 hours | PAGE NUMBER: 1 of 3 | CASE NUMBER: 04-156477 |

NAME: CRAIG D. EL          DOB: 08/10/77     SEX/RACE: M/B

ADDRESS: 6402 5 AVE.                         TELEPHONE: 653-1396

I HAVE KNOWN MIKE BELL FOR THE PAST YEAR OR SO. I MET MIKE SOCIALLY, SEEING HIM OUT OR AT THE GYM WORKING OUT, AND WE BECAME FRIENDS OVER TIME. MIKE AND I HAD SIMILAR BUSINESS INTERESTS WHICH HELPED BUILD OUR FRIENDSHIP. ON MONDAY NIGHT, 11/08/04, AT AROUND 11:00 P.M. OR SO, I WAS AT HOME AND RECEIVED A PHONE CALL FROM MIKE. MIKE ASKED ME TO MEET HIM AT THE HARBOR SIDE BAR. AT FIRST I DIDN'T WANT TO GO BECAUSE OF WORK THE NEXT DAY, BUT I DID AGREE TO MEET MIKE FOR A WHILE. WHEN I GOT TO THE HARBOR SIDE MIKE WAS ALREADY THERE. I HAD A COUPLE OF BEERS, BUT THEN I STARTED DRINKING WATER FOR THE REST OF THE NIGHT BECAUSE OF WORK THE NEXT DAY. I WAS NOT IMPAIRED AT ALL. ANOTHER GUY I KNOW NAMED RAFAEL WAS AT THE BAR, AND WHILE I WAS STILL DRINKING A BEER RAFAEL ASKED ME IF I WOULD GIVE HIM A RIDE HOME LATER. RAFAEL WAS DRINKING AND WANTED TO CONTINUE TO DO SO, WHICH IS WHY HE ASKED ME TO DRIVE HIM. I AGREED TO GIVE HIM A RIDE, AND AT THAT POINT SWITCHED OVER TO WATER. THIS WAS SOMETIME AROUND 12:30 A.M. AT AROUND 1:40 A.M. I TALKED WITH MIKE AND TOLD HIM THAT I WAS GOING TO GIVE RAFAEL A RIDE HOME. MIKE WAS PRETTY DRUNK AT THIS POINT, AND I THINK HE THOUGHT I WAS IN THE SAME CONDITION. MIKE WAS ADAMANT THAT I WASN'T GOING TO DRIVE BECAUSE HE WAS AFRAID THAT I WOULD GET A DRUNK DRIVING TICKET. I FINALLY CONVINCED MIKE THAT I WAS FINE AND THAT THERE WOULDN'T BE ANY PROBLEM. I MADE SURE THAT MIKE WASN'T GOING TO BE DRIVING, AND MIKE ASSURED ME THAT HE HAD A RIDE HOME LINED UP. MIKE DIDN'T TELL ME WHO WAS DRIVING HIM HOME, BUT EVERY TIME I SAW MIKE OUT HE WAS NEVER THE ONE DRIVING. AFTER LEAVING THE HARBOR SIDE WITH RAFAEL AND A FRIEND OF HIS, I DROVE BOTH OF THEM HOME, TO DIFFERENT LOCATIONS. RAFAEL LIVES IN A BIG HOUSE NEAR PARKSIDE. ON MY WAY HOME AFTER DROPPING THEM OFF, I CALLED MIKE ON HIS CELL PHONE TO MAKE SURE HE WAS ALL RIGHT. WHEN I CONTACTED MIKE I COULD TELL HE WAS IN THE CAR. I ASKED MIKE IF HE WAS DRIVING, AND MIKE SPECIFICALLY SAID THAT HE WAS NOT. MIKE STARTED ASKING ME TO COME OVER TO HIS HOUSE AND PLAY POOL. I DIDN'T WANT TO DO IT BECAUSE OF HAVING TO WORK THE NEXT DAY, BUT I FINALLY DECIDED TO MEET MIKE AT HIS HOUSE ON 14 AVE. I WAS ON 52 ST BY COINS TAVERN AT THE TIME OF THIS CONVERSATION, AND I DROVE STRAIGHT TO MIKE'S THEN. WHEN I GOT TO MIKE'S I PARKED OUT ON THE STREET JUST NORTH OF MIKE'S HOUSE, TOWARDS 83 ST. MY CAR WAS FACING SOUTH. I WAS ALONE IN MY CAR, WHICH IS A 2004 HONDA ELANTRA, WHITE IN COLOR. I WAITED FOR MAYBE TWO MINUTES BEFORE I SAW A BLUE OR GREEN SUV TYPE VEHICLE PULL UP IN FRONT OF MIKE'S HOUSE. THAT VEHICLE CAME UP FROM BEHIND ME, DRIVING SOUTH DOWN 14 AVE. I DIDN'T RECOGNIZE THE CAR, BUT WHEN IT STOPPED IN FRONT OF MIKE'S I FIGURED IT WAS THE CAR MIKE WAS IN. I COULD SEE

Witness: *Craig Dave El*          Date: 11/12/04          Signed: [signature]

RECORDS BUREAU          EXHIBIT E
Case 2:05-cv-01176-CNC     Filed 03/08/06     Page 1 of 3     Document 16-6

# KENOSHA POLICE DEPARTMENT
## Statement

| DATE OF STATEMENT: | DATE & TIME OF INCIDENT: | PAGE NUMBER: | CASE NUMBER: |
|---|---|---|---|
| 11/12/04 | 11/09/04 @ 02:11 hours | 2 of 3 | 04-156477 |

ALL THE WAY UP AND DOWN 14 AVE FROM WHERE I WAS SITTING IN MY CAR WHILE I WAS WAITING FOR MIKE. THERE WAS NO THER TRAFFIC, AND THERE WERE NO POLICE SQUADS ON 14 AVE IN EITHER DIRECTION PRIOR TO MIKE PULLING UP. AFTER THE SUV PULLED UP I LEANED OVER TO MY RIGHT TO GRAB A JACKET FROM THE FLOOR OF MY BACK SEAT BECAUSE MIKE'S PO OL TABLE IS IN THE GARAGE, AND IT'S USUAL LY COLD IN THERE. AS I WAS LEANING OVER I THEN NOTICED FLASHING LIGHTS, AND ONCE I TURNED AROUND I SAW THAT THERE WERE POLICE SQUADS PULLING UP WITH THERE RED LIGHTS ON. ONE SQUAD PULLED DIRECTLY BEHIND THE SUV, BETWEEN MY CAR AND THE SUV. ANOTHER SQUAD PULLED UP ALONG THE DRIVER'S SIDE OF THE SUV, BEHIND THE SUV, AND A THIRD SQUAD WAS POSITIONED OFF OF THE DRIVER'S SIDE OF THE S UV, IN FRONT OF THE SUV AND ANGLED AT THE LEFT FRONT HEADLIGHT OF THE SUV. I REALLY DON'T REMEMBER HOW THAT SQUAD A RRIVED THERE, IF IT CAME FROM THE NORTH OR THE SOUTH, OR IF IT WAS THERE RIGHT AWAY, I JUST REMEMBER SEEING A SQUAD IN THAT POSITION AFTER THE SUV WAS STOPPED. BECAUSE OF THE POSITION OF THE SQUAD DIRECTLY IN FRONT OF MY CAR I COULDN'T SE E ANYONE GET OUT OF THE SUV. I SAW TWO OR THREE OFFICERS APPROACH THE SUV ON FOOT, AND THE FIRST TIME I SAW MIKE WAS OUTSIDE ON THE PASSENGER SIDE OF THE SUV. I REMEMBER HEARING ONE OF THE OFFICERS SAYING SOMETHING ABOUT RUNNING A RED LIGHT AND DRIVING CRAZY. I DON'T KNOW WHICH OF THE OFFICERS S AID THAT. I SAW MIKE UP AGAINST THE REAR PART OF THE PASSENGER SIDE OF THE SUV. THE OFFICERS HAD HIM FACING THE SUV, AND EVERY TIME MIKE TRIED TO TURN AROUND AND TALK TO THE FACE TO FACE THE OFFICERS WOULD SHOVE HIM BACK SO HE WAS FACING THE SUV. THIS HAPPENED THREE OR FOUR TIMES. I REMEMBER THINKING THAT I WAS GETTING MAD AT MIKE FOR TURNING AROUND ALL THOSE TIMES, BUT I FELT LIKE THE OFFICERS WERE ANTAGONIZING HIM. THE SITUATION STARTED MOVING TOWARDS MIKE'S HOUSE AND THE FRONT YARD, AS MIKE AND THE OFFICERS WERE NOW STRUGGLING WITH EACH OTHER. I COULD HEAR MIKE YELLING "GET OFF OF ME, YO U CAN'T DO THIS TO ME , I KNOW MY RIGHTS". MIKE WAS TRYING TO GET THE OFFICERS OFF OF HIM. I SAW MIKE PULLING HIS ARMS AWAY FROM THE OFFICERS, WHO WERE YELLING THINGS LIKE CALM DOWN, RELAX. MOST OF THE THINGS THE OFFICERS WERE SAYING ARE KIND OF A BLUR AT THIS TIME. AT THIS POINT THE OFFICERS GOT MIKE DOWN ON THE GROUND IN THE FRONT YARD. THERE WAS ONE OFFICER ON MIKE'S HE AD AND NECK, ONE ON EACH SHOULDER, AND A FOURTH OFFICER ON MIKE'S BACK. THE OFFICER THAT WAS ON MIKE'S HE AD AND NECK MADE A DISTINCT MOTION AS THOUGH HE WAS TAKING HIS HANDCUFFS FROM HIS BELT, PUTTING ONE OF MIKE'S ARMS B EHIND HIS BACK, AND PLACING A HANDCUFF ON MIKE'S WRIST. IT LOOKED TO ME AS THOUGH THE OFFICER GOT ONE CUFF ON MIKE, AND THEN WENT THROUGH THE PROCESS OF CUFFING MIKE'S OTHER ARM. I CONTINUED TO HEAR THE OFFICERS YELLING AT MIKE TO RELAX, STOP RESISTING, WITH CONSTANT YELLING GOING ON. AT THIS POINT THE OFFICERS ON MIKE'S SHOU LDERS STEPPED BACK AWAY FROM MIKE, AND THE OFFICER ON MIKE'S BACK S TOOD UP. MIKE WAS IN A KNEELING POSITION WITH HIS HANDS BEHIND HIS BACK. I DON'T KNOW IF MIKE HAD HIS CREAM COLORED LEATHER JACKET ON AT THIS POINT OR NOT. THE OFFICER THAT HAD BEEN ON MIKE'S BACK THEN PULLED OUT WHAT I THOUGHT WAS HIS GUN AND POINT THE GUN AT MIKE'S BACK. I S AW THE

# KENOSHA POLICE DEPARTMENT
## Statement

| DATE OF STATEMENT: | DATE & TIME OF INCIDENT: | PAGE NUMBER: | CASE NUMBER: |
|---|---|---|---|
| 11/12/04 | 11/09/04 @ 02:11 hours | 3 of 3 | 04-156477 |

RED LAZER LIGHT ON MIKE, AND I REMEMBER THINKING THAT I WAS GOING TO SEE MIKE GET SHOT. I THEN SAW MIKE ARCH HIS BACK AND YELL AS I HEARD A POP. MIKE THEN GOT TO HIS FEET AND TOOK OFF RUNNING WITH HIS HANDS STILL BEHIND HIS BACK. MIKE RAN UP THE DRIVEWAY AND OUT OF MY SIGHT. THE OFFICERS CHASED AFTER MIKE, AND AT THIS POINT ALL I COULD HEAR WAS YELLING, NOTHING SPECIFIC OUT OF ANY MALE VOICES. AFTER A MINUTE OR SO I HEARD A FEMALE VOICE SAY "DON'T HURT HIM, GET OFF OF HIM". I WAS ABLE TO DISTINGUISH THOSE COMMENTS BECAUSE IT WAS THE ONLY FEMALE VOICE I HEARD. WITHIN A ANOTHER MINUTE I HEARD A GUN SHOT. AT THAT POINT A LOT OF THE RUCKUS STOPPED, BUT I COULD HEAR A FEMALE SCREAMING. AFTER MIKE HAD RUN OUT OF MY SIGHT OTHER OFFICERS STARTED TO ARRIVE IN THEIR SQUADS. I COULD HEAR THE SIRENS, BUT AT THIS POINT I WAS DUCKING DOWN IN MY CAR AND DIDN'T SEE ANY OF T HE OTHER OFFICERS. I DO KNOW THAT AN AMBULANCE ARRIVED AT THE SCENE, AND IT TOOK 5 TO 10 MINUTES FOR THE RESCUE SQUAD PEOPLE TO BRING MIKE OUT TO THE RESCUE SQUAD. ONCE THEY GOT MIKE INTO THE RESCUE SQUAD I COULD SEE THAT MIKE WAS IN THE BACK OF THE RESCUE SQUAD WITH THE DOORS OPEN. THERE WAS SOMEONE IN THE BACK OF THE RESCUE SQUAD WORKING ON SOMETHING, BUT NO ONE WAS TENDING TO MIKE. I STAYED IN MY CAR UNTIL AROUND 5:00 A.M. THE POLICE HAD PUT UP CRIME SCENE TAPE AROUND THE SCENE, AND MY CAR WAS INSIDE THE CRIME SCENE TAPE. I CRAWLED OUT OF MY CAR AT AROUND 5:00 A.M. AND TOWARDS THE CORNER OF 14 AVE AND 83 ST. ONCE I GOT THERE I TURNED BACK AROUND AND WALKED UP TO THE SCENE. AN OFFICER THAT WAS THERE STOPPED ME. I TOLD THE OFFICER THAT I JUST NEEDED MY CAR. I POINTED TO MY CAR, AND THE OFFICER TOLD ME TO WAIT WHILE HE CHECKED WITH ANOTHER OFFICER. THE OFFICER THEN TOLD ME THAT THEY DIDN'T NEED ANYTHING FROM THAT AREA, AND ALLOWED ME TO DRIVE AWAY. LATER ON TUESDAY AFTERNOON I WENT TO MIKE'S HOUSE AND T ALKED WITH MIKE'S MOM, KIM, AND HIS SISTER, SHANTAE. SHANTAE TOLD ME THAT SHE HAD HEARD AN OFFICER YELL THAT "H E'S GOING FOR MY GUN" BUT THAT THE OFFICER WAS NOT NEAR MIKE AT THE TIME, AND MIKE'S HAN DS WERE BEHIND HIS BACK. SHANTAE SAID THAT MIKE'S HEAD AND SHOULDERS WERE ON THE CAR PARKED THERE AT THE TIME. THE THINGS I RECALLED IN THIS STATEMENT, OTHER THAN WHAT I JUST SAID SHANTAE TOLD ME, WERE MY RECOLLECTIONS, AND NOT FROM WHAT ANYONE ELSE TOLD ME.

THIS STATEMENT WAS TYPED FOR ME BY DETECTIVE DANIEL STRASH OF THE KENOSHA POLICE DEPARTMENT AND IS A TRUE AND ACCURATE ACCOUNT OF WHAT OCCURRED.

Witness: _Craig Dove-Ef_   Date: _11/12/04_   Signed: _[signature]_