# STATEMENT

Page 1 of 1
Case Number: _____
Date of Birth: 08-14-67

Name: Charlene R Nejedly  Address: 8312 – 14th Avenue
City: Kenosha  State: WI  Zip: 53143
Phone: 652-5693  Place of Employment: Albany Chicago Co – Pl Prarire
On 11-09-04 (Date) 2:00am (Time) at 8310 – 14th Avenue (Location), I saw and heard the following:

(In your own words, describe WHO did WHAT, WHERE, WHEN, WHY AND HOW, be accurate and complete.)

PLEASE PRINT

I was sleeping and my dog started growling and woke me up. I saw lights out my bedroom window and heard voices and noticed police cars in the street in front of my house. I looked out and below my bedroom window on our side of the front lawn, I saw that there were two police officers surrounding Michael Bell, and these two officers were struggling with Mike and telling him to get his hands behind his back. I also saw a green SUV with the passenger door open parked in the street facing south on the West side of the street. I told my fiancé Jake that the police got Michael. Jake came to look out the window and I turned away for a moment. The next thing I remember Jake was in the bathroom, and I remember I looked out into the front yard and I didn't see anyone out there. I remember Jake saying, "Oh god, Kim's getting into it with the cops". And I could hear Kim screaming and yelling at the cops. I then went to the bathroom with Jake at this time. I looked out the bathroom window at this time and I saw Kim and Shantae off of the back deck, and Kim looked like she was approaching the officers where they had Mike. I believe Kim was yelling to the officers to leave her son alone. One of the officers pushed Kim and Shantae away from Mike. Mike seemed to be crouching down and all I could see was his back, and they were in front of the wave runners. I remember one officer was kicking Mike in the back and the other officer was trying to restrain him. I felt that while watching Mike being kicked in the back, I had to turn away because the kicking was excessive. I go back to the window and I see that Mike is on the Nissan. I see that two officers are on top of Mike and all three are struggling. I turned away from the window because I thought that the situation was getting under control. I turned back to the window seconds later, hear a pop, Shantae screams, "You killed my brother" and then notice this short Italian looking officer standing in the front of the Nissan who has something in his right hand and has just made a motion with this hand/arm as if he has just drawn. Everything got very quiet and I noticed another officer looking over the fence on the North side of the Nissan. All the cops moved away from Mike and Mike was lying on the hood and then slipped down to the ground.

This statement was written for me by Investigator Leineweber as I told it to him and is true and correct to the best of my knowledge.

___

I have made the above statement without any threats or promises. It is my desire to state the true facts as to this incident. I have read the above statement and find it is true and correct.

Witness: _[signature]_  Signed: _[signature] Charlene R Nejedly_
Date: 11-14-04  Date: 11-14-04

EXHIBIT G

Case 2:05-cv-01176-CNC  Filed 03/08/06  Page 1 of 1  Document 16-8