# STATEMENT

Case Number: _____

Date of Birth: 02-15-66

Name: Frances W Clark            Address: 8312 – 14th Avenue

City: Kenosha                    State: WI            Zip: 53143

Phone: 652-5693        Place of Employment: Albany Chicago – 947-2180

On 11-09-04  2:00am  at  8310 – 14th Avenue , I saw and heard the following:

(In your own words, describe WHO did WHAT, WHERE, WHEN, WHY AND HOW, be accurate and complete.)

PLEASE PRINT

I was home in bed sleeping and the dogs started barking. Charlene my fiancé looked out our bedroom window which faces to the east, and said, "Oh my god honey, Michael is down there getting arrested by the cops". I heard a lot of yelling coming from the police. I looked out the window and saw a Greenish color SUV parked in front of the house. There was a squad parked behind this SUV with its lights on and there was another squad in the street, but I'm not sure in which direction it was pointed. I noticed that the passenger side door of the SUV was opened. I noticed that there were two officers just out from the front porch area of my house. I heard the police say to Michael, "Stop". I saw Michael running toward the north driveway. When I saw Mike run toward the back of the house, he appeared to be running normal. These two officers took off after Michael. I went to the bathroom window where I could see the entire west backyard area. The motion light on the garage was on and I could see very well. Directly in front of a pair of wave runners setting on a trailer, I could see two officers on top of Mike, trying to pin Mike down. One officer was on each side of him and Mike was squatting down and trying to get away. It was at this time that Kim, Mikes mother came down, and was pulling on one of the officers coats. I cracked the bathroom window open and heard her say, "get off of him or I'm going to call the police". The officer on the right side of Mike pushed her away and said to her, "get back on the porch or I'll arrest you too. Kim got back onto the porch and Shantae was also on the porch. The officer on the right of Mike started kneeing him in the ribs twice and then started kicking him aggressively in the rib cage 5 or 6 times. The officer on the left side of Mike had Mike in a headlock and was struggling to maintain Mike in this headlock and maintain control. At this time Mike is more bent forward, but still in a crouch position with his arms in front of him. As the officer is doing this, Mike jumped up and both officers pursued him and pushed him over the hood of the Nissan. Mike continued to struggle and get loose, and I saw the officer on the right, grab Mike's right arm and pulled it straight back. This officer slapped a handcuff on Mike's right wrist and Mike continued to struggle. The officer on the left side of Mike was totally over the top of the left side of Mike's body, and I could not see Mikes left arm or hand. This is when I noticed another officer running across the backyard coming from the south driveway and he was pulling out his gun. He jumped into the middle of Mikes back with his gun still in his hand and almost instantaneously I heard one shot fired. I am not sure which of the three officers fired the fatal shot. The next thing I saw was all three officers step back and I noticed Mike lay motionless on the hood of the Nissan. I then heard Shantae shout, "Oh my god, you killed my brother". A few seconds later, I saw Mike slide off of the hood and down onto the cement, resting up against the front tire. His knees were up under him and I could still see that his right wrist had the handcuff on it.

This statement was written for me by Investigator Leineweber as I told it to him and is true and correct to the best of my knowledge.

---

I have made the above statement without any threats or promises. It is my desire to state the true facts as to this incident. I have read the above statement and find it is true and correct.

Witness: _[signature]_          Signed: X _Frances W Clark_

Date: 11-12-04                  Date: 11-12-04

EXHIBIT I