# KENOSHA POLICE DEPARTMENT
## Statement

| DATE OF STATEMENT: | DATE & TIME OF INCIDENT: | PAGE NUMBER: | CASE NUMBER: |
|---|---|---|---|
| 11/12/04 | 11/09/04 @ 02:11 hours | 1 of 2 | 04-156477 |

| NAME: LAURIE L. VAUGHN | DOB: 12/01/63 | SEX/RACE: F/W |
|---|---|---|
| ADDRESS: 6316 11 AVE. KENOSHA | TELEPHONE: 652-4361 | |

I WORK 3RD SHIFT AT CHRISTOPHER HOUSE, WHICH IS AN ASSISTED LIVING FOR THE ELDERLY RESIDENCE AT 8322 14 AVE. I HAVE WORKED THERE FOR ONE YEAR. I WORK FROM 11:00 P.M. UNTIL 7:00 A.M. I WENT ON TO WORK AT CHRISTOPHER HOUSE ON MONDAY NIGHT, 11/08/04 AT 11:00 PM. AT APPROXIMATELY 2:00 – 2:15 A.M. ON 11/09/04 I WAS IN THE DINING ROOM AREA OF THE RESIDENCE. THERE IS A PATIO DOOR ON THE NORTH SIDE OF THE BUILDING IN THE DINING ROOM OF CHRISTOPHER HOUSE. WHILE I WAS IN THE DINING ROOM I COULD HEAR SIRENS. THE SIRENS SOUNDED LIKE THEY WERE RIGHT THERE OUTSIDE. IT SOUNDED LIKE SEVERAL SIRENS GOING AT ONCE. I PEEKED OUT THE PATIO DOOR AND LOOKED TOWARDS THE STREET, WHICH IS 14 AVE. AT THAT TIME I SAW ONE OR TWO POLICE OFFICERS TALKING WITH A MAN. THE MAN APPEARED TO BE A WHITE MALE, AND HE APPEARED TO BE INTOXICATED. I SAY THAT BECAUSE OF THE WAY THE MAN SEEMED TO BE STAGGERING AS HE WALKED. I OPENED THE PATIO DOOR SEVERAL INCHES SO I COULD HEAR WHAT WAS GOING ON. I HEARD AN OFFICER SAY TO THE MAN THAT HE HAD BEEN GOING 91 MILES PER HOUR DOWN THE ROAD. I HEARD THE MAN SAY SOMETHING BACK TO THE OFFICER, AND THE MAN WAS PUT INTO A POLICE SQUAD. AT THIS SAME TIME I SAW THAT TWO HOUSES TO THE NORTH THERE WERE SEVERAL POLICE OFFICERS FIGHTING WITH ANOTHER GUY. IT APPEARED TO ME THAT THERE WERE FIVE OR SIX OFFICERS. THE GUY THEY WERE FIGHTING WITH HAD DISHWATER BLOND HAIR. THERE WERE LIGHTS ON SOMEWHERE THAT WERE ILLUMINATING THE AREA WHERE THIS FIGHT WAS GOING ON. I REMEMBER SEEING A WAVE RUNNER ON A TRAILER WHERE THIS FIGHT WAS GOING ON. I COULD SEE THAT THERE APPEARED TO BE FISTS FLYING FROM THE OFFICERS, AND IT APPEARED THAT THE GUY WAS FIGHTING BACK AGAINST THE OFFICERS AS WELL. I COULD HEAR MORE THAT ONE PERSON YELLING, BUT I COULDN'T MAKE OUT WHAT WAS BEING SAID. THE MAN WAS ON THE GROUND WHEN I FIRST SAW HIM, BUT AT SOME POINT IN THE FIGHT HE HAD GOTTEN UP TO HIS FEET. I SAW AN OFFICER CLIMB OVER A WOODEN FENCE TO THE NORTH OF WHERE THE FIGHT WAS GOING ON. I REMEMBER SEEING A FLASHING LIGHT, ALMOST LIKE A SPARKLER, WHILE I WAS WATCHING WHAT WAS GOING ON. THIS LIGHT WAS AT OR ABOUT AT EYE LEVEL BY THE OFFICERS, AND 3 TO 5 FEET AWAY FROM WHERE THE FIGHT WAS GOING ON. I'M NOT SURE IF THE MAN WAS ON HIS FEET OR ON THE GROUND WHEN I SAW THIS LIGHT. I NEVER SAW ANY OF THE OFFICERS HAVE THEIR HAND CUFFS OUT TRYING TO HAND CUFF THE MAN. THE SCUFFLING CONTINUED AND IN TWO MINUTES OR LESS FOLLOWING THE SPARKLING LIGHT, I HEARD A POPPING SOUND AND SAW A LIGHT FLASH WHICH MADE ME THINK OF A CAMERA FLASH. THAT FLASH OF LIGHT WAS AT A LOWER LEVEL THAN THE SPARKLING LIGHT, AND MAY HAVE BEEN AT AROUND WAIST LEVEL. THE MAN WITH THE DISHWATER BLOND HAIR WAS ON THE GROUND WHEN I SAW THAT FLASH OF LIGHT AND HEARD THE

| Witness: *Laurie L. Vaughn* | Date: 11-12-4 | Signed: DJV |
|---|---|---|

RECORDS BUREAU

EXHIBIT 3

# KENOSHA POLICE DEPARTMENT
## Statement

| DATE OF STATEMENT: | DATE & TIME OF INCIDENT: | PAGE NUMBER: | CASE NUMBER: |
|---|---|---|---|
| 11/12/04 | 11/09/04 @ 02:11 hours | 2 of 2 | 04-156477 |

POPPING SOUND. THE MAN NEVER GOT OFF OF THE GROUND AFTER THAT. THE SCUFFLING STOPPED RIGHT AFTER THE POPPING SOUND, AND I HEARD A MALE VOICE YELL "WHAT DID YOU DO THAT FOR. THAT WASN'T NECESSARY. GET SOMEONE HERE RIGHT NOW". I KNOW THAT IT WAS A MALE VOICE THAT SAID THAT, BUT I HAVE NO IDEA WHO THAT WAS THAT SAID IT. I DON'T KNOW IF IT WAS A POLICE OFFICER OR SOMEONE ELSE. I KNOW I SAW A BLOND HAIRED WOMAN OUTSIDE ON THE DECK OR PORCH TALKING WITH A POLICE OFFICER AFTER THE FIGHTING STOPPED. I DON'T KNOW IF THERE WERE OTHER PEOPLE OUTSIDE WHEN THE FIGHTING WAS GOING ON. I WAS FOCUSING ON THE FIGHT. THE MAN WAS LAYING ON THE GROUND NEAR THE WAVE RUNNERS BEFORE AND AFTER THE POPPING SOUND. I HEARD AND SAW AN AMBULANCE ARRIVE AND LAY OUT A SHEET TO PUT THE MAN ON, AND THEY ALSO PUT HIM ONTO A BOARD. THE RESCUE SQUAD WORKERS THEN CARRIED THE MAN ON THE BOARD TO A GURNEE, AND THEN OFF TO THE RESCUE SQUAD. I WATCHED AS THE OFFICERS LOOKED AROUND ON THE GROUND AND PUT UP THE CRIME SCENE TAPE. I CALLED MY ROOMMATE, CHUCK CASHMORE, ON THE PHONE AFTER HEARING THE POPPING SOUND. I WOKE CHUCK UP WITH THE CALL, AND TOLD HIM THAT I THINK I JUST SAW SOMEONE GET SHOT BY THE POLICE. I TOLD CHUCK ABOUT THE SPARKLER LIGHT AND THE POPPING SOUND. I HAD MY OPINION CHANGED ABOUT THE KENOSHA POLICE SEVERAL MONTHS AGO WHEN A FRIEND OF MINE, KELLY COMBS, WAS SHOT AND KILLED BY THE POLICE. I KNEW KELLY AND KNEW THAT HE SHOULDN'T HAVE BEEN SHOT. I WAS AFRAID TO CALL THE POLICE AFTER WITNESSING THE INCIDENT ON 11/09/04. I NEVER HEARD A FEMALE VOICE WHILE THE FIGHT WAS GOING ON. THIS STATEMENT WAS TYPED FOR ME BY DETECTIVE DANIEL STRASH OF THE KENOSHA POLICE DEPARTMENT AND IS A TRUE AND ACCURATE ACCOUNT OF WHAT OCCURRED.

Witness: *Laurie L Vaughn*     Date: 11-12-4     Signed: [signature]