1

```
1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF WISCONSIN
3      * * * * * * * * * * * * * * * * * * * * * *
4    ESTATE OF MICHAEL EDWARD BELL, by Special
     Administrator Michael Martin Bell, KIM MARIE
5    BELL, MICHAEL MARTIN BELL, and SHANTAE BELL,
              Plaintiffs,
6
7         vs.           Civil Action No. 05-C-1176
8
     OFFICER ERICH S. STRAUSBAUGH, OFFICER ERICH S.
9    WEIDNER, LIEUTENANT DAVID H. KRUEGER, OFFICER
     ALBERT B. GONZALES, KENOSHA POLICE DEPARTMENT,
10   CITY OF KENOSHA,
              Defendants.
11
12     * * * * * * * * * * * * * * * * * * * * * *
13
     VIDEOTAPED DEPOSITION OF ALBERT B. GONZALES
14
15            TAKEN AT:  KENOSHA CITY HALL
              LOCATED AT:  625 52nd Street
16                Kenosha, Wisconsin
                  April 30, 2007
17             9:17 a.m. to 10:57 a.m.
18
              REPORTED BY ANNICK M. TRIMBLE
19          REGISTERED PROFESSIONAL REPORTER
20
       * * * * * * * * * * * * * * * * * * * * * *
21
22              RAY REPORTING, INC.
              Voice (414) 347-5599
23             Fax (414) 347-1166
           Toll Free (800) 472-0445
24          RayReporting@aol.com
            www.rayreporting.com
25
```

2

```
 1              A P P E A R A N C E S:
 2
       CANNON & DUNPHY, S.C., by
 3     Mr. Patrick O. Dunphy
       595 North Barker Road
 4     Brookfield, Wisconsin  53008-1750
       Appearing on behalf of the Plaintiffs.
 5
 6     CANNON & DUNPHY, S.C., by
       Mr. Brett A. Eckstein
 7     595 North Barker Road
       Brookfield, Wisconsin  53008-1750
 8     Appearing on behalf of the Plaintiffs.
 9
       GUNTA & REAK, S.C., by
10     Mr. Gregg J. Gunta
       219 North Milwaukee Street #500
11     Milwaukee, Wisconsin 53202-5818
       Appearing on behalf of the Defendants.
12
13     GUNTA & REAK, S.C., by
       Mr. Kevin P. Reak
14     219 North Milwaukee Street #500
       Milwaukee, Wisconsin 53202-5818
15     Appearing on behalf of the Defendants.
16
       ALSO PRESENT:  Todd Campbell,
17     videographer, David Krueger, Erich
       Strausbaugh, Erich Weidner, Randall Burner
18
19              I N D E X
20     Examination by:                    Page
21
       Mr. Dunphy ............................... 6
22
23     (The original exhibits were retained by
       Attorney Dunphy.)
24
       (The original transcript was delivered to
25     Attorney Dunphy.)
```

3

1                        E X H I B I T S
2

Exhibit No.          Description              Page
3
4    32 ........ Laser copy of photo ........... 11
5

     33 ........ Laser copy of photo ........... 11
6

7    34 ........ Laser copy of photo ........... 11
8

     35 ........ Laser copy of photo ........... 11
9

10   36 ........ Laser copy of photo ........... 11
11

     37 ........ Diagram of scene .............. 15
12

13   38 ........ Kenosha City/Count Joint Services
               Evidence/Property Inventory Card 15
14

15   39 ........ Kenosha Police Department statement
               of Albert Gonzales ............ 25
16

17   40 ........ Kenosha Police Department Policy
               and Procedure Manual .......... 25
18

19   41 ........ Kenosha Police Department
               supplementary report .......... 26
20

21   42 ........ Unit history document ......... 27
22

     43 ........ Kenosha Police Department
23             dispatch actions .............. 27
24

     44 ........ Defense and Arrest Tactics ..... 60
25

7

1        Wesson .45 caliber semiautomatic standard issue

2        Model 4506 pistol; is that correct?

3    A   Correct.

4    Q   And on November 9, 2004 you put the muzzle of

5        that pistol to Michael Bell's head, correct?

6    A   Correct.

7    Q   At the time you did that you did not know

8        Michael Bell?

9    A   No, I did not.

10   Q   And you pulled the trigger on that pistol?

11   A   Correct.

12   Q   The slide initially jammed on that pistol?

13   A   Correct.

14   Q   Did you pull the trigger a second time?

15   A   Yes.

16   Q   And when you pulled the trigger the second time

17       you put a bullet into Michael Bell's head,

18       correct?

19   A   Correct.

20   Q   Lieutenant Krueger gave you a command to shoot

21       at the time that you pulled the trigger the

22       second time?

23   A   Correct.

24   Q   And ultimately that bullet that you put in

25       Michael Bell's head killed Michael Bell.

| | | |
|---|---|---|
| 1 | A | Correct. |
| 2 | Q | You never told Michael Bell before you pulled |
| 3 | | the trigger either time that you would shoot |
| 4 | | him? |
| 5 | A | No. |
| 6 | Q | So my statement is correct? |
| 7 | A | Correct. |
| 8 | Q | You held the gun in your right hand when you |
| 9 | | fired it? |
| 10 | A | Correct. |
| 11 | Q | You guided the gun with your left hand when you |
| 12 | | fired it? |
| 13 | A | I put it to my left hand, yes. I guess I used |
| 14 | | it as a guide, correct. |
| 15 | Q | All right. And you were standing in front of |
| 16 | | the Nissan in Mr. Bell's driveway when you shot |
| 17 | | Michael Bell, correct? |
| 18 | A | If -- yes. |
| 19 | Q | Now, according to statements that we have from |
| 20 | | Lieutenant Krueger, the gun that you fired was |
| 21 | | pointed away from the officers and towards the |
| 22 | | windshield; is that correct? |
| 23 | A | Correct. |
| 24 | Q | At the time that you pulled the trigger and |
| 25 | | killed Michael Bell Lieutenant Krueger was |

1      holding onto Michael Bell's back?

2  A   He was behind him, yes.

3  Q   Michael Bell was leaning chest first, face

4      first over the hood of the Nissan at the time

5      that you shot him?

6  A   I don't quite know where his body was over.

7  Q   He was bent forward at the waist on the front

8      of the Nissan?

9  A   It would have been off to the side of the

10     Nissan.

11 Q   Lieutenant Krueger was holding onto Mr. Bell's

12     back at the time that you shot him?

13 A   He was behind him.  I don't know if he was

14     holding onto him or not.

15 Q   Mr. Bell wasn't bent backwards over the hood of

16     the Nissan when you shot him, was he?

17 A   I don't believe so, no.

18 Q   All right.  And when you pointed your pistol

19     against Michael Bell's head there wasn't

20     anything unusual in the manner in which you

21     used it, correct?

22              MR. GUNTA:  Objection to the form of

23     the question, vague.

24              THE WITNESS:  Restate the question --

25     BY MR. DUNPHY:

1          report indicates that the position that you

2          identified when you returned to the scene was

3          identified with the number 4 placard.  Do you

4          see the number 4 placard in Exhibit 32?

5     A    Yes, I do.

6     Q    Is that a fair representation of where you were

7          standing at the time that you shot Michael

8          Bell?

9     A    Yes.

10    Q    Now I'm going to show you what we've marked as

11         Exhibit No. 33.  Do you recognize that as the

12         Nissan?

13    A    Yes.

14    Q    And that's the Nissan you were standing in

15         front of at the time you shot Michael Bell?

16    A    Correct.

17    Q    Would you please use this marker and identify

18         where you were standing in front of that

19         Nissan?  Could you just put an X -- actually,

20         rather than put an X why don't you just put

21         your initials, where you were standing at the

22         time you pulled the trigger.

23    A    (Witness complies.)

24              MR. GUNTA:  We understand that this

25         is --

Case 2:05-cv-01176-CNC    Filed 11/09/07    Page 7 of 29    Document 38-4

18

1  Q  Before you shot Michael Bell you had stopped
2     your squad on 14th Avenue approximately at 8310
3     14th Avenue?
4  A  Correct.
5  Q  You exited your vehicle and you ran around to
6     the back of the building at 8310 14th Avenue,
7     correct?
8  A  I don't recall the address, but if that's what
9     it is, correct.
10 Q  And when you ran around the building did you
11    run around the south side of that building to
12    get to the backyard?
13 A  Yes.
14 Q  And when you got to the south side of the
15    building did you then identify where Mr. Bell
16    and your fellow officers were located?
17 A  It would have been around the -- yes, once I
18    got around the south side and came around the
19    back of the house.
20 Q  They were located in the driveway area in front
21    of the garage when you saw them?
22 A  Approximately, yeah, correct.
23 Q  I'll show you, again, Exhibit No. 32 and ask
24    you whether you can remember if that is the
25    approximate location of where the officers and

```
 1          Mr. Bell were located when you came around the
 2          back of the house and first saw them.
 3    A     It was about in this area, correct.
 4    Q     At the time that you first saw Mr. Bell was he
 5          up against the Nissan?
 6    A     No.
 7    Q     Hand that back, please.
 8    A     (Witness complies.)
 9    Q     Were you running through the back of the yard
10          to the area in front of the garage?
11    A     I was running around behind the house going
12          towards that area, correct.
13    Q     When you were in the back of the yard did you
14          have your weapon out of the holster?
15    A     Not right away, no.
16    Q     Did you have -- did you draw your weapon from
17          its holster before you arrived to the concrete?
18    A     No.
19    Q     Did you pull your weapon from its holster
20          before you stood in front of the Nissan?
21    A     Just before, yes.
22    Q     Where were you in relation to Lieutenant
23          Krueger when you first pulled your weapon out
24          of the holster?
25    A     Probably just off to the side of him.
```

20

| 1 | Q | Which side? |
|---|---|---|
| 2 | A | I would believe it would be his left side. |

3    Q    You were on -- was Lieutenant Krueger, did he

4         have his back generally to the south and his

5         front of his body generally to the north?

6    A    Generally, yes.

7    Q    You would have been to the west side or the

8         garage side of Lieutenant Krueger at the time

9         that you first pulled your weapon?

10   A    Correct.

11   Q    When you first came around the back of the yard

12        was the area of the driveway in front of the

13        garage lit well enough that you were able to

14        see Lieutenant Krueger?

15   A    I didn't -- the area was lit up.  I couldn't

16        tell you approximately how far, but I could see

17        everybody generally there, yes.

18   Q    It was well lit enough that you were able to

19        see Lieutenant Krueger?

20   A    You know, I honestly don't remember seeing

21        Lieutenant Krueger.  I remember just seeing his

22        light blue pants and knowing it was probably

23        him.

24   Q    Was it light enough that you were able to see

25        Officer Strausbaugh?

```
1              How was Mr. Bell positioned when you shot
2         him?
3                   MR. GUNTA:  Objection to the form of
4         the question, vague.  Go ahead.
5         BY MR. DUNPHY:
6    Q    Can you describe Mr. Bell's position when you
7         shot him?
8    A    Mr. Bell was between two officers, bent over.
9    Q    Bent forward?
10   A    Yes.
11   Q    And what side of the head did you press the
12        muzzle of the gun against?
13   A    At the time I do not recall.
14   Q    Did you use your left hand at all to hold
15        Mr. Bell's head?
16   A    I used my left hand to assure that I was going
17        to get the proper target, so I don't know if I
18        was quite holding his head.
19   Q    Did you have your left hand against his head?
20   A    Yes.
21   Q    Had you ever shot a man before?
22   A    No.
23   Q    Do you remember which way Mr. Bell's head was
24        facing when you touched him with your left
25        hand, pressed the muzzle of the gun against his
```

1        head, and pulled the trigger?

2   A   I was focused directly on, it would have been,

3        again, I'm just pointing to my side, recalling

4        in my head, just in this general area, again,

5        not on either side, just in the temple area.

6        It would have been up in here in the temple

7        area.  (Indicating.)

8   Q   Was Mr. Bell facing you when you shot him?

9   A   Actually looking at me?

10   Q   Could you see his face when you shot him?

11   A   I do not recall seeing his face, no.

12   Q   Do you remember if the back of his head was

13        turned towards you at the front of the car when

14        you shot him?

15   A   I do not recall.

16   Q   Was his head jerking around in some fashion

17        just before you shot him?

18   A   It was moving, yes.

19   Q   Was it moving slightly, as you've just

20        indicated?

21   A   He was moving around.  I just remember his head

22        moving.  Like I couldn't tell you slightly,

23        exaggerantly.  (Sic.)  I don't remember that.

24   Q   How tall are you?

25   A   Approximately 5'10".

Case 2:05-cv-01176-CNC    Filed 11/09/07    Page 12 of 29    Document 38-4

1  A  Yes.

2  Q  That you responded to that dispatch at 2:19 and

3     46 seconds?

4  A  Yes.

5  Q  That you arrived at the scene at 2:19 and 46

6     seconds?

7  A  Yes.

8  Q  And that you cleared the scene at 2:24 and 17

9     seconds, correct?

10 A  That's what it says, yes.

11 Q  All right. Now, when you cleared the scene, if

12    you look at page 2 of that exhibit, you were

13    dispatched back to the Kenosha Police

14    Department?

15 A  Yes.

16 Q  And that you arrived at the Kenosha Police

17    Department at 2:43 and 41 seconds.

18 A  That's what it says here, yes.

19 Q  And that you cleared the Kenosha Police

20    Department in the afternoon at 13:23 and 35

21    seconds, correct?

22 A  That's what it says, yes.

23 Q  So the actual time that you spent on the scene,

24    if you go to page 1, would be less than five

25    minutes?

1  A  Approximately, yes.

2  Q  And that the time that you spent on duty at the

3     Kenosha Police -- well, strike that.

4        Do you remember leaving the Kenosha Police

5     Department to go back to the scene of the Bell

6     shooting?

7  A  Yes.

8  Q  Other than the time that you were outside of

9     the department at the Bell shooting scene later

10    that morning were you in the Kenosha Police

11    Department building the rest of your shift?

12 A  Restate the question.  I'm sorry, sir.

13 Q  Sure.  You arrived at the Kenosha Police

14    Department at 2:43 and 41 seconds the morning

15    of November 9.  You weren't cleared from duty

16    until later that afternoon at 13:23 and 35

17    seconds.

18 A  That's what it says here, yes.

19 Q  All right.  Other than the time that you went

20    back to the shooting scene were you at the

21    Kenosha Police Department?

22 A  Yes.

23 Q  All right.  Now, according to the supplemental

24    report of Detective Salas, he began

25    interviewing you at 5:35 the morning of

1          that was parked on the north side of the

2          driveway."

3     Q    I was reading the sentence in front of that.  I

4          apologize.  I said, "The suspect bull rushed

5          right at Officer Strausbaugh," do you see that?

6     A    Yes.

7     Q    Okay.  Then you go on to say that, "Strausbaugh

8          was bull rushed right into a silver car that

9          was parked on the north side of the driveway."

10    A    Yes.

11    Q    All right.  Now, when Officer Strausbaugh was

12         bull rushed was he bull rushed with his back

13         into the Nissan?

14    A    Yes.

15    Q    When you saw Michael Bell bull rush Officer

16         Strausbaugh into the Nissan that is when you

17         saw Krueger grabbing onto the back of Michael

18         Bell, correct?

19    A    Restate the question, I'm sorry.

20    Q    The next sentence after describing Strausbaugh

21         being bull rushed into the Nissan reads as

22         follows, "Now I see Krueger grabbing onto the

23         back of the suspect."

24    A    That's what it reads, yes.

25    Q    And that's accurate?

Case 2:05-cv-01176-CNC    Filed 11/09/07    Page 15 of 29    Document 38-4

1  A    Yes.

2  Q    Where -- how far away are you from Krueger when

3       he grabs onto the back of Mr. Bell?

4  A    I do not recall.

5  Q    Are you on the grass or are you on the

6       concrete?

7  A    I'm on the concrete.

8  Q    Do you have your weapon drawn?

9  A    No.

10 Q    Is goes on to say, "I then heard Strausbaugh

11      yell, 'He's got my gun,'" so were you -- how far

12      away were you from Officer Strausbaugh when you

13      heard him yell, "He's got my gun"?

14             MR. GUNTA:  Hold on just a second.

15      Okay.  Go ahead.

16             THE WITNESS:  Approximately three to

17      four feet away.

18      BY MR. DUNPHY:

19 Q    You were standing on the concrete when Officer

20      Strausbaugh first yelled, "He's got my gun"?

21 A    Yes.

22 Q    Did you draw your gun at that point?

23 A    Yes, because I -- this was happening real fast.

24      I started running towards that way and then

25      drawing as I was running towards there, running

```
 1            towards those guys.
 2    Q       You drew your gun as you were running
 3            towards --
 4    A       Yes.
 5    Q       -- Krueger and Strausbaugh?
 6    A       I mean, you're talking Mr. --
 7    Q       Is that correct?  You drew your gun --
 8                  MR. GUNTA:  Hold on one second.
 9            BY MR. DUNPHY:
10    Q       -- as you were running towards Krueger and
11            Strausbaugh?
12                  MR. GUNTA:  Listen to his question
13            and then answer it after he's finished.  Do you
14            want to have the question read back to you?
15                  THE WITNESS:  Yes, read the question
16            back to me, please.
17            BY MR. DUNPHY:
18    Q       You drew your gun as you were running towards
19            Krueger and Strausbaugh, correct?
20    A       No.
21    Q       You drew your gun after you got onto the
22            concrete, correct?
23    A       I was on the concrete.
24    Q       And you drew your gun after you heard
25            Strausbaugh yell, "He's got my gun"?
```

```
 1   A    Yes.
 2   Q    All right.  When you drew your gun,
 3        Strausbaugh, according to your observation, was
 4        still pinned against the driver's side of the
 5        silver car.
 6   A    Yes.
 7   Q    And his back was still against the car,
 8        Strausbaugh's?
 9   A    Yes.
10   Q    Had Michael Bell's position changed in any way
11        from the time you saw him, I believe you said,
12        lift up Officer Strausbaugh until the time that
13        you heard Strausbaugh -- well, strike that.
14            I believe I heard you say earlier that
15        Michael Bell bull rushed and "picked up"
16        Officer Strausbaugh.  Did I understand that
17        correctly or am I mistaken?
18   A    You're mistaken.
19   Q    All right.  Did you see him, Mr. Bell, push
20        Officer Strausbaugh into the side of the
21        Nissan?
22   A    Bull rushed him into the side of the Nissan.
23   Q    All right.  It was forcefully done.
24   A    Yes.
25   Q    Did Officer Strausbaugh's feet leave the
```

```
 1         before you pulled the trigger that Officer
 2         Strausbaugh yelled Michael Bell -- "He's got my
 3         gun, he's got my gun"?
 4    A    Restate the question, please.
 5    Q    Sure.  At least three times before you pulled
 6         the trigger Officer Strausbaugh yelled, that
 7         you could hear, "He's got my gun," or words to
 8         that effect?
 9    A    Correct.
10    Q    After Officer Strausbaugh yelled it for the
11         second time, that you heard, that's when you
12         say you ran around to the front of the car?
13    A    Ask the question again?
14    Q    Sure.  If you look at page 2 of your statement
15         you said, "I then ran around the front of the
16         silver car because I couldn't get an angle on
17         the suspect."  Did I read that sentence
18         correctly?
19    A    You read that sentence correctly.
20    Q    It then says, "As I was running around the
21         front of the car I yelled, 'Straus, does he
22         still have your gun?"  Did I read that sentence
23         correctly?
24    A    Yes.
25    Q    It goes on to say, "I don't even know if
```

46

```
 1          Strausbaugh heard me.  I again heard Officer
 2          Strausbaugh yelling terrified, and now, as if
 3          exhausted, saying, 'Oh, God, he's got my gun."
 4          Did I read that correctly?
 5    A     Yes.
 6    Q     All right.  So from the time that you first saw
 7          Michael Bell bull rush Officer Strausbaugh into
 8          the side of the car you had time to observe
 9          that, you had time to pull out your service
10          revolver, you had time to hear Officer
11          Strausbaugh yell, "Oh, my God, he's got my
12          gun," twice, you had time to run around to the
13          front of the car, you had time to ask Officer
14          Strausbaugh whether Bell, "Still -- "Does he
15          still have your gun," and you had time for
16          Officer Strausbaugh to respond a third time or
17          at least say a third time, "Oh, he's got my
18          gun," correct?
19    A     If you break down that question?  It's a
20          multiple question.  You're asking a lot of
21          different things that I have to remember, so if
22          you ask me each question individually I will
23          answer them.
24                MR. DUNPHY:  Why don't you read the
25          question back to the witness, and read it
```

```
 1           you've identified in your statement and that we

 2           have just covered?

 3     A     Yes, I did all those things.

 4     Q     All right.  After you got around to the front

 5           of the car you had time to put the muzzle of

 6           your gun against Michael Bell's head, correct?

 7     A     Yes.

 8     Q     At the time that you initially pulled the

 9           trigger had you heard Lieutenant Krueger yell,

10           "Shoot"?

11     A     Ask the question again, Mr. Dunphy, I'm sorry.

12     Q     Sure.  When you first pulled the trigger on

13           your pistol had Lieutenant Krueger yelled,

14           "Shoot"?

15     A     I don't believe when I first pulled the

16           trigger, no.

17     Q     And what's your belief as to why the gun did

18           not fire when you first pulled the trigger?

19     A     It was out of battery.

20     Q     I'm sorry?

21     A     It was out of battery.  It's a term we use.

22     Q     Explain that, please.

23     A     Out of battery means when you -- when the --

24           when the -- how do I explain that?  When you

25           push the gun too far forward and the slide is
```

| | | |
|---|---|---|
| 1 | | slid back slightly the gun will not go off. |
| 2 | Q | In order for you to fire that gun on November |
| 3 | | 9, 2004 did you have to pull the trigger a |
| 4 | | second time? |
| 5 | A | Yes. |
| 6 | Q | It's your understanding that simply taking the |
| 7 | | muzzle of the gun away from Mr. Bell's head |
| 8 | | would not allow the slide to complete its |
| 9 | | action and the gun to fire? |
| 10 | A | You have to restate that, Mr. Dunphy. |
| 11 | Q | Sure.  I just want to known whether or not |
| 12 | | simply pulling the gun away from Michael Bell's |
| 13 | | head would allow the gun to discharge under the |
| 14 | | circumstances that you were dealing with that |
| 15 | | night. |
| 16 | A | In order to get it out of battery I had to pull |
| 17 | | back the gun. |
| 18 | Q | And you had to pull the trigger a second time? |
| 19 | A | Yes. |
| 20 | Q | So when you shot Michael Bell you shot Michael |
| 21 | | Bell after you heard the order from Lieutenant |
| 22 | | Krueger to, "Shoot"? |
| 23 | A | No. |
| 24 | Q | Was it simultaneous with the order? |
| 25 | A | It was on the -- it would be the "T" of the |

1      causing great bodily harm?

2   A  That's not a question, that's a statement.

3      You're saying the only reason why I shot him

4      is.  That's not a question.

5   Q  Is there another reason you shot him?

6   A  I shot Michael Bell because he posed an

7      imminent threat of great bodily harm to Officer

8      Strausbaugh.

9   Q  Okay.  And he posed a great bodily harm -- a

10     risk of great bodily harm to Officer

11     Strausbaugh because Strausbaugh was telling you

12     that Michael Bell had Strausbaugh's gun,

13     correct?

14  A  If you would have heard Officer Strausbaugh's

15     voice, there was no doubt in my mind.  If you

16     were there, Mr. Dunphy, and you were trained

17     the way I was trained, you too would have used

18     deadly force.

19  Q  Move to strike the answer as nonresponsive.

20        Is the reason that you concluded that

21     Michael Bell posed an imminent threat to

22     Officer Strausbaugh because Officer Strausbaugh

23     was yelling, "He's got my gun"?

24  A  The total circumstances and the tone of Officer

25     Strausbaugh voice, the very fact that he was

1    terrified, that I could hear it in his voice,

2    the combination of that fact, him yelling it

3    three times, the very fact that I knew that he

4    was exhausted, the very fact that I could see

5    when he hit the thing, I mean it was complete

6    circumstances.  The very fact of all those

7    things combined, that is the reason why I used

8    deadly force.

9  Q  Well, let's take everything that you've just

10   listed, but let's take the gun out of the

11   equation.  Officer Strausbaugh's tired, he's

12   terrified, he's been battling with Michael

13   Bell, but Michael Bell doesn't have the gun, is

14   that an imminent threat of great bodily harm?

15             MR. GUNTA:  Objection to the form of

16   the question.

17             THE WITNESS:  Again, you're asking me

18   something speculative that I cannot answer.

19   BY MR. DUNPHY:

20  Q  Well, let me ask you this, sir.  Have you been

21   trained by the Kenosha Police Department on

22   what constitutes an imminent threat of great

23   bodily harm?

24  A  Yes, sir, I've been trained.

25  Q  All right.  And have you been -- have you read

```
 1   A    It just says intent, weapon, delivery system.

 2   Q    Now, did Officer Strausbaugh tell you that the

 3        gun never left his holster?

 4   A    Never heard him say that.

 5   Q    Did Officer Strausbaugh tell you that he had

 6        his hand on top of the gun and was able to keep

 7        it in the holster?

 8   A    No.

 9   Q    Did Officer Strausbaugh give you any indication

10        that Michael Bell had -- well, strike that.

11            If Michael Bell did not have the gun out

12        of the holster then would you agree that he did

13        not have the capability of using deadly force?

14            MR. GUNTA:  Objection to the form of

15        the question.  Subject to the objection go

16        ahead and answer it.

17            THE WITNESS:  It's a speculative

18        question.  I'm not going to answer an if

19        question.

20   BY MR. DUNPHY:

21   Q    I want to ask you, sir, that if Officer

22        Strausbaugh had told you that the weapon is in

23        the holster would you agree that deadly force

24        was not justified?

25            MR. GUNTA:  Objection to the form of
```

1    that would still justify deadly force?

2              MR. GUNTA:  Objection to the form of

3    the question, and it's -- hold on a second.

4    I'm sure it's unintentionally argumentative.

5    He's told you why he can't answer the question,

6    it's speculative.

7    BY MR. DUNPHY:

8  Q  Were you ever between Lieutenant Krueger and

9    Officer Strausbaugh before you pulled the

10   trigger?

11 A  No.

12 Q  Did you ever consider using an intermediate

13   weapon?

14 A  No.

15 Q  When you went back to the scene later in the

16   morning of November 9, 2004 do you remember any

17   of the other individuals who were there?

18 A  Yes.

19 Q  Please tell me who was there at the same time

20   you were.

21 A  That I can recall?

22 Q  Yes.

23 A  I believe it was still Sergeant McCarry,

24   Detective Salas.  I seem to remember, I believe

25   at the time he was still Captain Genthner.

```
 1   A    It was that same day, but you're asking me when

 2        I went back to the scene.  I don't recall

 3        exactly what time.

 4   Q    Were you able to see Michael Bell's arms before

 5        you pulled the trigger?

 6   A    No.

 7   Q    You were not able to see what Michael Bell was

 8        doing with either his left or his right arm?

 9   A    No, sir.

10             MR. DUNPHY:  I have no further

11        questions.

12             MR. GUNTA:  I don't have any

13        questions.  Thank you.

14             MR. DUNPHY:  I'd like to do

15        Lieutenant Krueger.

16             MR. GUNTA:  What I'd like to do at

17        this time -- let's go off the record.

18             THE VIDEOGRAPHER:  The time is 10:57.

19        We are going off the record concluding

20        testimony for today of Officer Albert B.

21        Gonzales.

22        (Proceedings concluded at 10:57 a.m.)

23

24

25
```



EXHIBIT
33
Gonzales   4-30-07



EXHIBIT
36
Gonzales 4-30-07
PENRAD 800-631-8989