```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF WISCONSIN
 3   * * * * * * * * * * * * * * * * * * * * * *
 4   ESTATE OF MICHAEL EDWARD BELL, by Special
     Administrator Michael Martin Bell, KIM MARIE
 5   BELL, MICHAEL MARTIN BELL, and SHANTAE BELL,
              Plaintiffs,
 6
 7       vs.            Civil Action No. 05-C-1176
 8
     OFFICER ERICH S. STRAUSBAUGH, OFFICER ERICH S.
 9   WEIDNER, LIEUTENANT DAVID H. KRUEGER, OFFICER
     ALBERT B. GONZALES, KENOSHA POLICE DEPARTMENT,
10   CITY OF KENOSHA,
              Defendants.
11
12   * * * * * * * * * * * * * * * * * * * * * *
13
     VIDEOTAPED DEPOSITION OF ERICH STRAUSBAUGH
14
15          TAKEN AT:  KENOSHA CITY HALL
            LOCATED AT:  625 52nd Street
16                   Kenosha, Wisconsin
                      April 30, 2007
17                 1:09 p.m. to 3:00 p.m.
18
               REPORTED BY ANNICK M. TRIMBLE
19           REGISTERED PROFESSIONAL REPORTER
20
     * * * * * * * * * * * * * * * * * * * * * *
21
22               RAY REPORTING, INC.
                 Voice (414) 347-5599
23                Fax (414) 347-1166
              Toll Free (800) 472-0445
24              RayReporting@aol.com
                www.rayreporting.com
25
```

```
 1            A P P E A R A N C E S:
 2
          CANNON & DUNPHY, S.C., by
 3        Mr. Patrick O. Dunphy
          595 North Barker Road
 4        Brookfield, Wisconsin  53008-1750
          Appearing on behalf of the Plaintiffs.
 5
 6        CANNON & DUNPHY, S.C., by
          Mr. Brett A. Eckstein
 7        595 North Barker Road
          Brookfield, Wisconsin  53008-1750
 8        Appearing on behalf of the Plaintiffs.
 9
          GUNTA & REAK, S.C., by
10        Mr. Gregg J. Gunta
          219 North Milwaukee Street #500
11        Milwaukee, Wisconsin 53202-5818
          Appearing on behalf of the Defendants.
12
13        GUNTA & REAK, S.C., by
          Mr. Kevin P. Reak
14        219 North Milwaukee Street #500
          Milwaukee, Wisconsin 53202-5818
15        Appearing on behalf of the Defendants.
16
          ALSO PRESENT:  Todd Campbell,
17        videographer, Albert Gonzales, David
          Krueger, Erich Weidner, Randall Burner
18
19
20
                        I N D E X
21
22   Examination by:                             Page
23
     Mr. Dunphy ............................... 5
24
25
```

```
 1                    E X H I B I T S
 2
     Exhibit No.         Description                Page
 3
 4   55 ...... Aerial map ....................... 17
 5
     56 ...... Jakala ticket, police record,
 6            dispatch acts document ........... 17
 7
     57 ...... Findings of fact ................. 30
 8
 9   58 ...... Kenosha Police Department statement
              of Erich Strausbaugh ............. 31
10
11   59 ...... Photo of Erich Strausbaugh ....... 95
12
     60 ...... Kenosha City/County Joint Services
13            Evidence/Property Inventory Card . 96
14
15
16
17
18
19
     (The original exhibits were attached to the
20   original transcript.  Copies were provided to
     all counsel.  The original Exhibit 55 was
21   retained by Attorney Dunphy.)
22
23   (The original transcript was delivered to
     Attorney Dunphy.)
24
25
```

| | | |
|---|---|---|
| 1 | Q | And you've just demonstrated for us what you |
| 2 | | mean by that statement, he was more to the |
| 3 | | right side of my body. |
| 4 | A | Correct. |
| 5 | Q | And at this point in time was officer -- excuse |
| 6 | | me -- Lieutenant Krueger on Michael Bell's |
| 7 | | back? |
| 8 | A | I don't believe so. |
| 9 | Q | At this point in time was your back against the |
| 10 | | Nissan? |
| 11 | A | Yes, it was. |
| 12 | Q | At this point in time did you have both hands |
| 13 | | free? |
| 14 | A | I don't recall. |
| 15 | Q | Were you ever able to get clear of Michael |
| 16 | | Bell's grasp? |
| 17 | A | Could you restate the question? |
| 18 | Q | Sure. You said that Michael Bell had grabbed |
| 19 | | you -- |
| 20 | A | Okay. |
| 21 | Q | -- around your midsection, then pushed you into |
| 22 | | the car, and that you now had your back against |
| 23 | | the car and Michael Bell had his arms around |
| 24 | | you more to the right side -- his head was more |
| 25 | | to the right side of your body. |

```
 1          was so dynamic, I don't know how it happened.
 2    Q     But at some point it's your testimony that
 3          Michael Bell was no longer able to keep his
 4          arms around you, and how that happened you just
 5          don't recollect?
 6    A     I don't know.
 7    Q     And at that point in time where his arms are no
 8          longer around you, is that when his right hand
 9          went to your gun?
10    A     I don't know what hand it was.
11    Q     You don't know if it was his right or his left
12          hand?
13    A     It was at that point Michael Bell had my gun.
14          I was unsure which hand it was.
15    Q     Now, when he had your gun, your gun was in the
16          holster, correct?
17    A     That is correct, yes.
18    Q     The gun never left the holster, did it?
19    A     No, it did not.
20    Q     Do you keep your firearm on safety or not?
21    A     No, I do not.
22    Q     So it was not on safety at the time that
23          Michael Bell grabbed it?
24    A     No.
25    Q     Michael Bell had a hold of the butt end of the
```

```
 1        gun?
 2    A   He had the handle itself, yes.
 3    Q   And he was pulling up on it forcefully?
 4    A   Yes, he was pulling on my weapon.
 5    Q   And at the time that he was doing that you had
 6        your hand on top of the gun as well, didn't
 7        you?
 8    A   Partially touching his hand and partially
 9        touching my gun.
10    Q   All right.  You had your hand on the rear sight
11        of your firearm, as well as on top of Michael
12        Bell's hand?
13    A   It was both, yes.
14    Q   Was that your right hand or your left hand?
15    A   My right hand.
16    Q   What were you doing with your left hand --
17    A   I don't know.
18    Q   -- do you remember?
19    A   I don't know.
20    Q   At the time that you were struggling with
21        Michael Bell and he has his hand on your gun
22        did you yell out, "He's got my gun, he's got my
23        gun"?
24    A   Yes, I did.
25    Q   All right.  Were you trained to do any type of
```