1

1       UNITED STATES DISTRICT COURT
2       EASTERN DISTRICT OF WISCONSIN
3   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
4   ESTATE OF MICHAEL EDWARD BELL, by Special
    Administrator Michael Martin Bell, KIM MARIE
5   BELL, MICHAEL MARTIN BELL, and SHANTAE BELL,
6               Plaintiffs,
7    vs.                    Case No. 05-C-1176
8   OFFICER ERICH R. STRAUSBAUGH, OFFICER ERICH S.
    WEIDNER, LIEUTENANT DAVID H. KRUEGER, OFFICER
9   ALBERT B. GONZALES, KENOSHA POLICE DEPARTMENT,
    CITY OF KENOSHA,
10
                Defendants.
11
    *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
12
13

    VIDEOTAPED DEPOSITION OF P. DOUGLAS KELLEY, M.D.
14
            TAKEN AT: Doherty Law Offices, SC
15      LOCATED AT: 1725 East Washington Street
                West Bend, WI
16
                May 21, 2007
17          9:08 a.m. to 10:19 a.m.
18      REPORTED BY ANITA K. FOSS
        REGISTERED PROFESSIONAL REPORTER
19
20
    *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
21
            RAY REPORTING, INC.
22          Voice (414) 347-5599
            Fax (414) 347-1166
23      Toll Free (800) 472-0445
            www.rayreporting.com
24          Depos2Bdone@aol.com
            RayReporting@aol.com
25

2

```
 1                  A P P E A R A N C E S
 2    CANNON & DUNPHY, S.C., by
      Mr. Patrick O. Dunphy
 3    and Mr. Brett Eckstein
      595 North Barker Road
 4    Brookfield, WI  53008-1750
      Appearing on behalf of the Plaintiffs.
 5
 6    GUNTA & REAK, SC, by
      Mr. Kevin P. Reak
 7    219 North Milwaukee Street, 5th Floor
      Milwaukee, WI  53202-5818
 8    Appearing on behalf of the Defendants.
 9
10                    I N D E X
11
      Examination by                    Page
12
      Mr. Dunphy. . . . . . . . . . . . 5
13    Mr. Reak. . . . . . . . . . . . . 55
      Mr. Dunphy. . . . . . . . . . . . 60
14
15                  E X H I B I T S
16                                   Page
      Exhibit No. Description      Identified
17
         63        Autopsy photo. . . . . . . . 19
18
         64        Autopsy photo. . . . . . . . 25
19
         65        Autopsy photo. . . . . . . . 31
20
         66        Blowup of Exhibit 79 photo of
21                 muzzle of gun and measuring
                   tape. . . . . . . . . . . . . 32
22
         67        Styrofoam head. . . . . . . 39
23
         68        Photo of left side of
24                 Mr. Bell's head. . . . . . . 35
25       69        Two pages from deposition of
```

Case 2:05-cv-01176-CNC   Filed 11/09/07   Page 2 of 30   Document 38-7

3

E X H I B I T S

| Exhibit No. | Description | Page Identified |
|---|---|---|
| 70 | Autopsy photo. . . . . . . . . | 43 |
| 71 | Autopsy photo. . . . . . . . . | 45 |
| 72 | Autopsy photo. . . . . . . . . | 51 |
| 73 | Subpoena. . . . . . . . . . . | 7 |
| 74 | Autopsy photo. . . . . . . . . | 18 |
| 75 | Autopsy photo. . . . . . . . . | 36 |
| 76 | Diagram. . . . . . . . . . . | 22 |
| 77 | Photo of wound on right side of head. . . . . . . . . . . | 27 |
| 78 | Autopsy photo. . . . . . . . . | 28 |
| 79 | Close up photo of muzzle of gun. . . . . . . . . . . . | 29 |
| 80 | Overlay of muzzle of gun. . . | 29 |
| 81 | Photo of patterned injury to back. . . . . . . . . . . | 57 |

(Original Exhibits 63 through 66 and 68 through
81 attached to original transcript.  Copies
provided to all counsel.  Original Exhibit 67
retained by Mr. Dunphy.)


R E Q U E S T S

(There were no requests made.)

Case 2:05-cv-01176-CNC    Filed 11/09/07    Page 3 of 30    Document 38-7

15

1       medical examiner as well.

2  Q   If you turn to the page labeled Autopsy

3       Findings, Roman numeral I reads, "Contact

4       gunshot wound to the head."  First of all, did

5       I read that correctly?

6  A   Yes, that's correct.

7  Q   What is the significance of the use of the word

8       "contact" in describing this gunshot wound?

9  A   Using the term "contact" indicates that the

10      muzzle of the gun was in close proximity to the

11      skin.  Basically, a contact wound typically

12      will leave an abrasion or a contusion, in other

13      words, a scrape or a bruise, to the surface of

14      the skin surrounding the bullet wound itself,

15      which is characteristic of the muzzle of the

16      gun.  In addition, you typically see some soot

17      because -- not just the bullet, soot and

18      unburned gunpowder also come out the end of the

19      barrel of the gun when it's discharged.

20         And that soot can be seen to the edges of

21      the wound and within the wound, to the soft

22      tissues underlying the surface of the skin.  So

23      these are some of the characteristics that are

24      typically seen with a contact wound to the head

25      and which I saw in this particular case.

16

1        That's why I called it a contact wound.

2   Q    I'd like to get to that in just a moment, but

3        before we do, you also rendered a finding here,

4        Roman numeral IA, entitled Entrance Wound

5        "right side of head." First of all, did I read

6        that correctly?

7   A    Correct.

8   Q    Is it typical for you, during the course of

9        your autopsy involving a gunshot wound, to try

10       and determine where the bullet entered the

11       body?

12   A    Yes.

13   Q    Are there certain specific characteristics that

14       help you to identify to a reasonable degree of

15       certainty in your profession where the entrance

16       wound is?

17   A    Yes.

18   Q    Roman numeral IB you refer to "Exit wound, left

19       side of head." Did I read that correctly?

20   A    Correct.

21   Q    Again, are there certain characteristics that

22       you've learned to identify in your professional

23       opinion that help you determine where the exit

24       wound is?

25   A    Yes.

1    proper orientation for both of these.

2  Q  Thank you.  Now would you please identify the

3    certain characteristics that are shown in

4    Exhibit 74?

5  A  Well, to the surface of the bone what you're

6    seeing here is a fairly good size perforation.

7    You can see that the fractures that have

8    extended outward have actually left bone

9    fragments absent to the back of this

10   perforation.  But you can clearly see the

11   remainder.  You can see 75 percent of the hole.

12   And you can notice that the edges of that hole

13   are relatively sharp.

14       The other thing that you notice from this

15   is some soot deposition here, and across here,

16   to the surface of the skull.

17  Q  What's the significance of the shape of the

18   edge that you just commented on?

19  A  Well, I wouldn't place a whole lot of

20   significance on the edge itself, on the shape

21   of the edge, more to the significance of the

22   fact that it's a sharp edge, it's not beveled.

23   And I'll explain that in just a moment, but --

24  Q  Okay.

25  A  The significance in terms of a contact wound is

1    the sharpness of that edge.  The significance

2    of the soot, of course, is as I explained a

3    moment ago, which is when you fire a gun, the

4    bullet comes out, soot comes out, smoke, if you

5    will, unburned gunpowder particles as well as

6    burning gunpowder particles, and then a lot of

7    gas.  And so a contact wound -- one of the

8    reasons why a contact wound is often a

9    destructive wound is because of that gas, by

10   the way.

11        When that gas -- well, I'm going to come

12   back to that, because we're going to look at

13   the surface of the skin.  But for now, the soot

14   that comes out with that gas, and everything

15   else, will actually adhere to the surface of

16   the skin and to the soft tissues inside the

17   wound, including the surface of the skull

18   surrounding the wound.  And so that's what

19   you're seeing right here.

20        Now, this other photograph I've actually

21   removed the piece of bone so that you could see

22   the inner surface of the skull.  So this is the

23   inner surface of the skull here.  And what I

24   want to show you is the fact that on the --

25   there's beveling to this area of the skull.

22

1   Q   Again, you're referring to Exhibit 74?

2   A   I'm referring to 74 at this time.  So what

3       you're seeing is, is that the outer surface has

4       a nice, sharp edge; the inner surface seems to

5       have a step-off, or a beveled edge.  And you

6       can see a little bit of soot here along that

7       edge as well.

8   Q   What's the significance of a beveling?

9   A   Okay.  Beveling is a concept that we use to

10      help identify entrances and exits, specifically

11      in head wounds.

12  Q   Now you've now shown -- brought up to the

13      camera Exhibit No. 76.

14  A   76.

15  Q   Please explain how that helps with the beveling

16      description.

17  A   The skull is a plate of bone, and the plate of

18      bone basically -- if we look at this, this is a

19      depiction of the skull, and this is a depiction

20      of a bullet.  When the bullet hits the skull,

21      the energy is transferred to the skull and it

22      breaks the skull.  It creates a perforation on

23      the outside, or a hole, and it creates a

24      perforation, or a hole, on the inside.

25          But the dispersal of that energy causes a

1   difference in the hole to the outside and the

2   inside of the skull. So on the outside of the

3   skull, what you see is a hole, like this right

4   here, that I've depicted.

5   Q   You're showing now, there's one right in the

6       middle of the exhibit page and there's an arrow

7       pointing to it; correct?

8   A   Correct. It's just a circle with the word

9       "hole" in it, and that just depicts sharp edges

10      that are seen on the outer table or -- well,

11      no, let me rephrase that -- on the entrance

12      point of the bullet. So as the bullet passes

13      through, the exit point through the skull

14      surface is going to look differently. It'll

15      have a hole, but the outer surface will be

16      bigger, and so you'll have this beveling.

17      It'll look more like a crater than just a hole.

18      So that's the difference.

19          The sharp edges are typical of the entry

20      point through the skull, the beveled surfaces

21      are typical of the exit surfaces of the hole.

22      Now, on the bottom of this, what I've shown you

23      is that you're going to have two of these in a

24      gunshot wound that perforates the skull. So

25      you're going to go through two sides of the

1    skull.  And if this is the concavity of the

2    skull --

3  Q  Let me interrupt you for just a second.  Just

4    for purposes of the record, you're still

5    looking at Exhibit 76 and you're referring to

6    the diagram on the bottom half of that exhibit;

7    correct?

8  A  That's correct.  And what I have here is I have

9    two lines drawn in parallel that form an

10   incomplete circle, if you will.  And those are

11   depicting the skull's surface -- the skull

12   itself.  So this is the thickness of the skull.

13   And what I've done is I've put -- there's a

14   hole in both sides of it.  So this is depicting

15   a bullet that's passing through both sides of

16   the skull.  The inside here is the intracranial

17   cavity, and that's where the brain would be.

18        So over here on my right side, the left

19   side of the paper, this depicts the entrance

20   wound.  So on the entrance wound, as it enters

21   the skull for the first time, you have a round

22   hole on the outer surface of the skull, or in

23   other words, the edges are sharper, and on the

24   inner surface it's beveled.

25        Now, it passes through the brain, and as

1       it exits the skull, on the inner surface of the

2       skull, at the point that it's leaving the head,

3       you're going to have sharp edges.  But it'll be

4       the outer surface of the skull that will be

5       beveled.  So does that make sense?

6             Anytime it makes contact with the bone of

7       the skull, the place it first made contact --

8       the place that it first makes contact with is

9       the entry point and will be -- well, it'll have

10      sharper edges.  As it exits that plate of bone,

11      it'll be beveled, or look like a crater.  So

12      that's the concept of beveling that we will use

13      to determine whether or not this is an entrance

14      or an exit through the skull bone.

15  Q   Thank you.  Doctor, you mentioned the fact that

16      the muzzle of the gun used can, in a contact

17      gunshot wound, can sometimes be seen on the

18      skin?

19  A   Correct.

20  Q   I'd like to show you Exhibit 64 which, again,

21      is a copy of a photograph taken during the

22      course of the autopsy.  First of all, do you

23      recognize that?

24  A   Yes.

25  Q   And is there an indication there of the outline

Case 2:05-cv-01176-CNC    Filed 11/09/07    Page 11 of 30    Document 38-7

1      of the muzzle used to fire the bullet that

2      killed Michael Bell?

3   A   Yes.

4   Q   Would you please hold that up to the camera and

5      just point to the area where the -- is it

6      appropriate to call it a muzzle stamp?

7   A   You can call it that.

8   Q   Would you please let the videographer do a

9      close up, if you will, of the area around the

10     wound?  And then see if -- if you could just

11     point to where the muzzle stamp is located.

12  A   (Witness indicating.)

13  Q   And then would you please explain what there is

14     on that photograph that allows you to identify

15     this as a muzzle stamp?

16  A   This injury here is an abrasion.  But as

17     opposed to, you know, a brush abrasion or a

18     scratch abrasion or something, this one has a

19     definite pattern to it.  This is not a random

20     abrasion.  This has characteristics to it that

21     are not -- that are, I'm sorry -- that are

22     typical of some kind of a surface leaving its

23     imprint to the surface of the skin.  And you

24     can call it a muzzle stamp or a muzzle abrasion

25     or whatever you like.

1        But that's typical of the muzzle of the

2     gun being impacted by the skin as that gas that

3     I explained, as that gas passes into the wound

4     and underneath the skin, it lifts the skin and,

5     if you will, it slams it back against the

6     muzzle of the gun, which is in close proximity

7     and creates this abrasion pattern.

8   Q   Okay.  Now, Doctor, have you prepared for this

9       deposition other photographs that show with

10      greater clarity or closer up that muzzle stamp

11      or that muzzle abrasion?

12  A   Yes.

13  Q   Would you please pull those out for us?  First

14      of all, would you identify Exhibit No. 77?

15  A   Exhibit No. 77 is a photograph that I chose

16      showing the gunshot wound to the right side of

17      the head, which you can clearly see the right

18      ear in this location, and right above the ear

19      is the perforation.  This is the hole that the

20      bullet entered through.  And then you can also

21      see, around the wound, you can see clearly an

22      abrasion that is patterned as I just described.

23  Q   Okay.  Now, did you give us a larger close up

24      of that particular photograph in Exhibit No.

25      78?

1   A   Yes.  This is Exhibit 78.  And again, what you

2        can see here is you can see the hole, the

3        perforation itself, and what you can see is

4        that there is some concentric abrasions that

5        are -- by concentric, I mean they kind of

6        follow the edge of the perforation itself.

7            And you can see that they are concentric

8        around the edges.  There's a couple of them

9        here to the front side of the wound.  And then

10       up top there are some definite pattern

11       abrasions that show some areas, some raised

12       areas, above these other areas of abrasion and

13       above the area of the perforation.

14   Q   At the time of the autopsy, there were two

15       Kenosha police department officers present;

16       correct?

17   A   That's correct.

18   Q   And did one of them have a .45 Smith & Wesson

19       semiautomatic model 4506 that was represented

20       to you as consistent with or the same type of

21       model firearm used by the officer who shot

22       Michael Bell?

23   A   Yeah, I believe so.  They presented me with a

24       weapon which they said was the weapon used.

25   Q   And was -- did you take a photograph of that,

1      or did someone there take a photograph of it?

2  A  Yeah, we both did, actually.

3  Q  Do you have a copy of that photograph?

4  A  This Exhibit 79 is -- this is a close up

5      photograph that I took with a scale that shows

6      the muzzle, or the end of the gun.  So you're

7      looking down the barrel of the gun.

8  Q  Did you use that to create an overlay so that

9      you could demonstrate the pattern of abrasions

10     that you showed us in Exhibit 78 and the muzzle

11     of the firearm?

12  A  Yeah, I thought this would -- this might be

13     helpful just to show --

14  Q  And the overlay is Exhibit No. 80?

15  A  Exhibit 80 is the overlay.  I've just traced

16     out the landmarks of the muzzle of the gun on

17     this piece of plastic, or acetate.

18  Q  Then would you please use that with Exhibit

19     No. 78 so we can demonstrate the muzzle stamp

20     or the muzzle abrasions?

21  A  So now, if you look -- and by the way, I guess

22     it's important to demonstrate this, plus the

23     fact that I'm rather proud that I actually got

24     this pretty much perfect, on the side here I've

25     demonstrated with the scale that this is about

Case 2:05-cv-01176-CNC   Filed 11/09/07   Page 15 of 30   Document 38-7

1    one centimeter.  And so I put that scale off to

2    the side.  And if you notice, somehow I got

3    that pretty much perfect.  So you can see that

4    the scale lines up perfectly.

5        Now, I'm not -- I'm not implying that the

6    abrasion should be a perfect imprint, 'cause

7    keep in mind that the skin is -- it is

8    flexible, it does stretch.  And so when I said

9    that, you know, this pattern is consistent

10   with, that's exactly what I meant.  It's -- we

11   can say it's consistent with, but it's often

12   very difficult to say that it's identical.

13       But if you look at -- if we overlay these

14   two, what you see here is that the perforation

15   perfectly -- well, I'm sorry, the perforation

16   is consistent with the barrel itself.  You can

17   see that -- well, I'm sorry, I've got it a

18   little off center here.  There we go.  You can

19   see that underneath the perforation there's a

20   semicircle down here just above the right ear

21   and this is in the same place as this round

22   area to the muzzle of the gun.

23       And then above the gun you notice that

24   there was this -- it's a vaguely rectangular or

25   raised area above the perforation, and that is

Case 2:05-cv-01176-CNC    Filed 11/09/07    Page 16 of 30    Document 38-7

31

1       consistent with the top of the muzzle of the
2       gun.  And then finally there's another little
3       raised area of abrasion in the center of this
4       raised area, and that -- that also is
5       consistent with the sight at the end of the
6       gun.  So you see that this does create a
7       consistent pattern of abrasion with the muzzle
8       of the gun that they presented at the time of
9       the autopsy.
10  Q   Thank you.  Doctor, I'm going to show you what
11      we marked as Exhibit 65 and ask you whether or
12      not you identified the tracings or measurements
13      that you created at the time of the autopsy.
14  A   Yes.  These are --
15  Q   Would you please show that to the videographer
16      and then please explain to the listeners what
17      it is that you intended to show with that.
18  A   Anytime that I look at the gun, what I try to
19      do is I try to photo-document it and take
20      pictures with scales.  But I also try to take a
21      measurement as closely as possible just so I
22      have something that I can put in my report.
23      And so these, these measurements that you see,
24      are just descriptions to help me, help remind
25      me when I'm doing my report what these areas

1     measure, for instance, what the diameter of

2     this little circle is, what the diameter of the

3     barrel itself is, what the heighth of the sight

4     is, things of that nature.

5  Q  I see that there are two measurements there

6     that are the same.  1.1?

7  A  Yes.

8  Q  Please explain that.

9  A  Well, that's the barrel of the gun.  That's the

10     actual -- the hole to the barrel of the gun.

11  Q  So the diameter of the barrel of the gun and

12     the diameter of the hole are the same?

13  A  Right.

14  Q  1.1?

15  A  This up here, by the way, is still a depiction

16     of the barrel of the gun.  It's just that as

17     you see, there's an area to the barrel of the

18     gun where you have the barrel itself and then

19     you have the casing of the gun around it,

20     and that's what's depicted here because I

21     couldn't -- I couldn't do it in this little

22     space here, so I -- I did it over here to the

23     side.

24  Q  Thank you.  I'm now going to show you Exhibit

25     66.  That's just a larger version of Exhibit 79

Case 2:05-cv-01176-CNC    Filed 11/09/07    Page 18 of 30    Document 38-7

1     of the photograph showing the muzzle of the gun

2     and the measuring tape that you used at the

3     time of the photograph?

4   A   That's correct.

5   Q   Doctor, is it your opinion to a reasonable

6     degree of certainty in your field of forensic

7     pathology that based upon what you've just

8     described to us, the physical evidence

9     determines that the entrance wound was to the

10    right side of Michael Bell's head?

11  A   Yes, that's what I believe.

12  Q   Is there any doubt in your mind about that?

13  A   No.

14  Q   Exhibit 69 are two pages from the deposition of

15    Lieutenant Krueger, page 21, at line 12 through

16    line 17 reads as follows: "QUESTION:  What

17    side of the head was Michael Bell shot in?

18    ANSWER:  Left side.  QUESTION:  And you could

19    see that because Officer Gonzales was to your

20    left?  ANSWER:  Yes, sir."

21       Is that at all reconcilable with the

22    physical facts that you've described for us

23    here?

24       MR. REAK:  I'll object to the form of

25    the question.

Case 2:05-cv-01176-CNC    Filed 11/09/07    Page 19 of 30    Document 38-7

34

1          THE WITNESS:  Well, I mean, I guess

2     if you're -- if you -- if you want me to

3     provide an opinion on what -- why there -- he

4     might have thought it was to the left side of

5     the head --

6     BY MR. DUNPHY:

7  Q  No, I was asking you whether or not officer --

8     excuse me, Lieutenant Krueger's statement that

9     Michael Bell was shot in the left side of the

10    head, is that consistent with the physical

11    facts that you have found here?

12 A  Oh, no, that's not consistent with what I

13    found.

14 Q  Now, in addition to the entrance wound that

15    you've now described for us, there are also

16    specific characteristics that allow you to

17    determine whether or not there is a point in

18    the skull, in this case, where the bullet

19    exited Michael Bell's head; correct?

20 A  That's correct.

21 Q  Have you brought certain photographs with you

22    that would allow you to demonstrate for us the

23    exit wound and support your opinion that the

24    exit wound was on the left side of Michael

25    Bell's head?

35

1    A    Yes.

2    Q    Before you explain that, I'd like to show you

3         Exhibit No. 68 and ask you whether or not you

4         recognize that as a photo of the left side of

5         Michael Bell's head.

6    A    Yes, that's a photo that I took of the left

7         side.

8    Q    Can you please show us where the exit wound is

9         in that photograph?

10   A    Back here, behind -- slightly above the left

11        ear you can see a laceration to the scalp.  By

12        the way, I'm the one who shaved the hair from

13        around the wound.

14   Q    Now, have you brought specific photos that

15        would allow you to explain in more detail your

16        conclusion that the exit wound was on the left

17        side of the head?

18   A    Yes.  And just to remind you, now we're talking

19        about this portion of the gunshot wound.  We've

20        talked about the entrance to one side, now

21        we're talking about the exit to the opposite

22        side.

23   Q    Again, just for the record, you were referring

24        there to Exhibit No. 76?

25   A    Exhibit 76.

1   Q   Thank you.

2   A   And Exhibit 75 is the exhibit that I created,

3       or, well, that I put together.  These are

4       autopsy photographs.  And what I'm depicting

5       here is, this is the outside of the skull, in

6       and around the wound to the left side of the

7       head.  So --

8   Q   I'm sorry to interrupt, Doctor, but is there

9       some way you can orient us using Exhibit 68,

10      for example?

11  A   Well, this is actually -- the fractures to the

12      skull were such that they freely came away.

13      And so this is actually -- I'm just

14      demonstrating the actual piece of skull bone

15      that was removed.  So the orientation, you

16      know, I believe that -- I don't actually

17      remember exactly what side of this wound that

18      would represent.  There are other photos that

19      we could look at to do that, but off the top of

20      my head, I don't remember which side this is.

21      But this is the outside of the skull.

22          And so as I mentioned before, you notice

23      that around this exit wound there's external

24      beveling; you can see it's kind of cratered.

25      There is the hole in the middle, but then it's

Case 2:05-cv-01176-CNC   Filed 11/09/07   Page 22 of 30   Document 38-7

1    cratered, it's wider.  So that's the outside of

2    the skull.  This is the inside of the skull, so

3    this is where it went through to leave the

4    skull.  And you can see that the edge is nice

5    and sharp, with no beveling.

6        The other things that you notice about

7    this skull is that there's no soot to the

8    surface of the skull; there's also no soot to

9    the soft tissues of the scalp.  There was no

10   soot or searing, in other words, burning, to

11   the edges of the laceration.  So this -- all of

12   these characteristics were -- I'm sorry, all of

13   these findings were characteristic of an exit

14   wound to the head.

15 Q  Doctor, is it your opinion to a reasonable

16   degree of certainty in your field that the

17   bullet passed all the way through Michael

18   Bell's head?

19 A  Yes, it did.

20 Q  Entered on the right side, exited on the left

21   side?

22 A  Yes.

23 Q  Are you familiar at all with the type of

24   velocity that a bullet would have to have in

25   order to pass all the way through the head?

1    was provided to me at the autopsy, though.

2  Q  Another one of your autopsy findings is Roman

3    numeral IH, and it reads as follows.  Again,

4    I'm referring now to Exhibit 49.  "Trajectory

5    of wound path through head (body in anatomic

6    position) right to left, front to back, and

7    slightly downwards."  First of all, did I read

8    that correctly?

9  A  That's correct.

10 Q  Is that your opinion to a reasonable degree of

11    certainty in your field of forensic pathology?

12 A  Yes.

13 Q  Now, if you'd humor me for just a minute, I

14    have brought what I've marked as Exhibit 67,

15    which is a Styrofoam head that's used to hold

16    wigs.  And I've also brought an air gun that is

17    supposed to be a model similar to the Smith &

18    Wesson that was used here, although it's

19    clearly not the exact model by any stretch of

20    the imagination.  But for illustrative

21    purposes, I'm wondering if you could show the

22    people viewing this video the approximate

23    position of the gun at the time that it was

24    fired.

25           MR. REAK:  Object to the form of the

Case 2:05-cv-01176-CNC    Filed 11/09/07    Page 24 of 30    Document 38-7



EXHIBIT

63

Dr. Kelleys



EXHIBIT

64



EXHIBIT
68

INNER TABLE OF SKULL
DSC 02002

DSC 02201
OUTER TABLE OF SKULL W/ EXTERNAL BEVELING

EXIT WOUND TO LEFT SIDE OF HEAD

EXHIBIT
75
1-800-631-6989





Kenosha County Medical Examiner's Office
**Michael Bell, Jr.**, DOB: 03/03/1983
TOD: 11/09/2004 0449 hours

DSC 0073



PENRAD 800-631-0089
EXHIBIT
78
Dr. Kelley
5-31-67