```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF WISCONSIN
 3   * * * * * * * * * * * * * *
 4    ESTATE OF MICHAEL EDWARD BELL, by Special
      Administrator Michael Martin Bell, KIM MARIE
 5    BELL, MICHAEL MARTIN BELL, and SHANTAE BELL,
 6              Plaintiffs,
 7    vs.                    Case No. 05-C-1176
 8    OFFICER ERICH R. STRAUSBAUGH, OFFICER ERICH S.
      WEIDNER, LIEUTENANT DAVID H. KRUEGER, OFFICER
 9    ALBERT B. GONZALES, KENOSHA POLICE DEPARTMENT,
      CITY OF KENOSHA,
10
                Defendants.
11
     * * * * * * * * * * * * * * *
12
13
                DEPOSITION OF SHANTAE BELL
14
           TAKEN AT: Cannon & Dunphy, SC
15         LOCATED AT: 595 North Barker Road
                       Brookfield, WI
16
                       March 6, 2006
17                2:24 p.m. to 3:28 p.m.
18              REPORTED BY ANITA K. FOSS
              REGISTERED PROFESSIONAL REPORTER
19
20
     * * * * * * * * * * * * * * *
21
                   RAY REPORTING, INC.
22                Voice (414) 347-5599
                   Fax (414) 347-1166
23              Toll Free (800) 472-0445
                   www.rayreporting.com
24                Depos2Bdone@aol.com
                   RayReporting@aol.com
25
```

```
 1              A P P E A R A N C E S
 2    CANNON & DUNPHY, S.C., by
      Mr. Patrick O. Dunphy
 3    595 North Barker Road
      Brookfield, WI  53008-1750
 4    Appearing on behalf of the Plaintiffs.
 5
      GUNTA & REAK, SC, by
 6    Mr. Kevin P. Reak
      219 North Milwaukee Street, 5th Floor
 7    Milwaukee, WI  53202-5818
      Appearing on behalf of the Defendants.
 8
      ALSO PRESENT:  Kim Bell
 9                   Michael M. Bell
                     Erich Strausbaugh
10                   Erich Weidner
                     Albert Gonzales
11                   David Krueger
12                   I N D E X
13
      Examination by                              Page
14
      Mr. Reak. . . . . . . . . . . . . . . . .     3
15
16                    E X H I B I T S
17                                                Page
      Exhibit No. Description                  Identified
18
19          (There were no exhibits marked.)
20
21                    R E Q U E S T S
22
23          (There were no requests made.)
24
25
```

```
 1         he's kind of bouncing between the elbows and
 2         the knees?
 3    A    Yeah.  His arms were behind his back.
 4    Q    His arms were behind his back?
 5    A    Yes, they were.
 6    Q    Now, is it your testimony that he was wearing
 7         handcuffs?
 8    A    Yes.
 9    Q    When did you first see handcuffs?
10    A    When I realized they were officers, his arms
11         weren't moving, he wasn't fighting back, he
12         wasn't trying to throw a punch, he wasn't
13         doing anything, and that's -- I mean, you
14         would think if someone's getting beat on by
15         two people, that would be the first thing, why
16         isn't he fighting?  His arms are behind his
17         back.
18    Q    Did you actually see the handcuffs?
19    A    Yes, I did.
20    Q    Did you see the handcuffs on both wrists?
21    A    I know for sure I seen it on the right.  I'm
22         not quite sure.  There was a lot of stuff to
23         take in.
24    Q    Have you looked at the autopsy photos?
25    A    No.  I'd rather not see them.  I've got told
```

| | | |
|---|---|---|
| 1 | Q | What happens next? I think you started to say |
| 2 | | that some other officer came up? |
| 3 | A | Gonzales, I guess, was coming up the driveway. |
| 4 | | But I remember hearing, "He's got my gun," or, |
| 5 | | "He's going for my gun, he's going for my |
| 6 | | gun." And at that time, I believe the officer |
| 7 | | was, like, right there at where -- all three |
| 8 | | of the officers were -- came up on |
| 9 | | Strausbaugh's right side. |
| 10 | Q | This is Gonzales, you're talking about? |
| 11 | A | Yeah. Gonzales came up on Strausbaugh's right |
| 12 | | side, which would be right almost in front |
| 13 | | of -- also by the fender. |
| 14 | Q | So then there were three officers? |
| 15 | A | Uh-huh. |
| 16 | Q | What happened next? |
| 17 | A | We're screaming, "Please help us, please help |
| 18 | | us." "He's going for my gun." We are |
| 19 | | screaming, "No, he doesn't have it. Don't |
| 20 | | hurt him. Don't kill him. He doesn't have |
| 21 | | your gun." I heard somebody yell, "Shoot, |
| 22 | | shoot." You seen the arm go up like this |
| 23 | | (indicating). |
| 24 | Q | Who yelled, "Shoot, shoot"? |
| 25 | A | I don't know. You seen whoever had the gun, |