1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WISCONSIN
 2   - - - - - - - - - - - - - - - - - - - - - - - - -
     ESTATE OF MICHAEL EDWARD BELL, by
 3   Special Administrator
     Michael Martin Bell, KIM MARIE
 4   BELL, MICHAEL MARTIN BELL, and
     SHANTAE BELL,
 5
                        Plaintiffs,
 6
       vs.                            Case No. 05-C-1176
 7
     OFFICER ERICH R. STRAUSBAUGH,
 8   OFFICER ERICH S. WEIDNER,
     LIEUTENANT DAVID H. KRUEGER,
 9   OFFICER ALBERT B. GONZALES,
     KENOSHA POLICE DEPARTMENT, CITY OF
10   KENOSHA,
11                      Defendants.
12
13   - - - - - - - - - - - - - - - - - - - - - - - - -
14            DEPOSITION OF:   FRANCIS CLARK
15      TAKEN AT:  MADRIGRANO, ZIEVERS, AIELLO, MARRY & DOWSE
16            LOCATED AT:  1108 56th Street
                    Kenosha, Wisconsin
17
                       June 6, 2007
18
                  2:20 p.m. to 3:50 p.m.
19
         REPORTED BY:  VICKY L. ST. GEORGE, RMR.
20
     - - - - - - - - - - - - - - - - - - - - - - - - -
21
22                    RAY REPORTING, INC.
                     Voice (414) 347-5599
23                    Fax (414) 347-1166
                    Toll Free (800) 472-0445
24                    www.rayreporting.com
                      Depos2Bdone@aol.com
25                    RayReporting@aol.com
```

```
 1                    A P P E A R A N C E S
 2    CANNON & DUNPHY, S.C., by
      PATRICK O. DUNPHY
 3    595 North Barker Road
      Brookfield, Wisconsin 53045
 4    (262) 782-2700
      Appeared on behalf of the Plaintiff.
 5
      GUNTA & REAK, S.C., by
 6    GREGG GUNTA
      KEVIN P. REAK
 7    219 North Milwaukee Street
      Milwaukee, Wisconsin 53202
 8    (414) 291-7979
      Appeared on behalf of the Defendants.
 9
      ALSO PRESENT:
10    CAPTAIN RANDY BERNER, Kenosha Police Department.
11
12
13
                            I N D E X
14    DEPOSITION                                         PAGE
15    FRANCIS CLARK
16    EXAMINATION BY MR. DUNPHY                           4
17    EXAMINATION BY MR. REAK                            35
18
19
20
21                       E X H I B I T S
22    NUMBER   DESCRIPTION                               PAGE
23     96      Statement of Francis Clark                  8
24     97      Statement of Francis Clark                  9
25     98      Photo of Duplex                             9
```

| | | | |
|---|---|---|---|
| 1 | 99 | Photo of Porch | 9 |
| 2 | 100 | Photograph | 16 |
| 3 | 101 | Photograph | 34 |
| 4 | 102 | Photograph | 34 |
| 5 | 103 | Handwritten Notes | 55 |
| 6 | 104 | Statement of Charlene Nejedly | 60 |

7

8

9

10  R E Q U E S T S

11  (No requests made.)

12

13

14

15

16

17

18 (Original exhibits attached to original transcript.)

19

20 (Original transcript was delivered to Attorney Dunphy.)

21

22

23

24

25

1  Q.  If you, again, look at Exhibit 100 there are two
2      wheels that you can see both obviously on the
3      driver's side of the vehicle. Can you tell me where
4      Michael was in relationship to either one of these
5      wheels at the time that you saw the officers shove
6      him over the car?
7  A.  Yes. He was directly over the front driver's side
8      wheel.
9  Q.  Would you please put an MB, initials for Michael
10     Bell, in the best approximate location you can for
11     where Michael Bell's feet would have been when you
12     saw him over the hood of the car?
13              (Witness complies.)
14 Q.  Okay.
15              MR. GUNTA: Pat, can you hold that up so I
16     can see where he put his initials? Thank you.
17 BY MR. DUNPHY:
18 Q.  It's a little hard to see just because of the color
19     of the photographs. It looks as if you put the MB on
20     top of what we now know to be a blue hoody or a blue
21     shirt.
22 A.  Yes.
23 Q.  When the two officers had Michael over the hood of
24     the car, can you tell us what the officer on
25     Michael's right side was doing?

```
1    A.   Yes, he appeared to be trying to get control of
2         Michael's right arm.
3    Q.   And what did you see the officer do to Michael's
4         right arm?
5    A.   It looked as though he was putting, trying to get a
6         handcuff on his right arm.
7    Q.   Were you able to see Michael's right arm?
8    A.   At one point, yes, it was pulled back behind him.
9    Q.   And at what point in relationship to when Michael was
10        first put over the hood of the car did you see the
11        officer pull Michael's right arm behind him?
12   A.   Can you repeat that?
13   Q.   Yeah.  Want to make sure, first of all, this is
14        Michael's right arm that you saw?
15   A.   Michael's right arm.
16   Q.   And according to the statement you gave to the police
17        on November 11th you saw Michael's right arm pulled
18        behind Michael; is that correct?
19   A.   Yes.
20   Q.   Was this before or after you saw the officers put
21        Michael over the hood of the car?
22   A.   It was after.
23   Q.   Did you see the officer attempt to do anything else
24        to Michael's right arm after he had it pulled behind
25        Michael?
```

| | | |
|---|---|---|
| 1 | Q. | Where -- were you still at the window? |
| 2 | A. | Yes. |
| 3 | Q. | And would you tell us what you saw when the officer |
| 4 | | came through the backyard? |
| 5 | A. | I saw him come from the south side of the house. In |
| 6 | | fact, in No. 99 here, that's my barbecue grill |
| 7 | | sitting back here. I seen him -- |
| 8 | Q. | Maybe you can circle that. You don't have to initial |
| 9 | | it though. |
| 10 | | (Witness complies.) |
| 11 | A. | I saw him come up this driveway and just around my |
| 12 | | barbecue grill. I could see him coming around the |
| 13 | | corner of the house. |
| 14 | Q. | Can you give us any description, any identifying |
| 15 | | characteristics of any kind regarding this third |
| 16 | | officer? |
| 17 | A. | He was a shorter guy, dark hair and appeared, you |
| 18 | | know, it's well lit, at the time I thought he looked |
| 19 | | kind of Hispanic or Italian looking. |
| 20 | Q. | So dark complected? |
| 21 | A. | Yeah, yeah. |
| 22 | Q. | Where did the officer run from when you first saw |
| 23 | | him? Where did he run from and to? |
| 24 | A. | He ran from the south driveway. And when he come |
| 25 | | around the corner, I could see that he was drawing |

1          his weapon, and he ran to where they had Michael over
2          the hood of the car.
3     Q.   How do you know it was a weapon?
4     A.   I know what guns look like.  I've shot plenty of
5          them.  I used to shoot with my father a lot growing
6          up.
7     Q.   And when the officer ran to where Michael and the
8          other officers were, describe what you saw him do?
9     A.   I saw him run in between the two officers.  And it
10         was a matter of I don't know, maybe a second or two,
11         it wasn't much is when I heard a pop.
12    Q.   What happened after the pop?
13    A.   In a couple of seconds the officers stood back and I
14         just, they just kind of stepped back and Michael was
15         laying over the hood of the car.
16    Q.   What were you able to see about Michael?
17    A.   Just that he was laying motionless over the hood of
18         the car.
19    Q.   What did you see after that?
20    A.   Wasn't much longer, 30, 40 seconds Michael kind of
21         slid off the hood of the car and laid down by the
22         tire.
23    Q.   In a statement that you gave to Detective Ollila on
24         November 11th, 2004 -- Strike that.  When you gave
25         the statement to Detective Ollila, I assume that you