

CONFIDENTIAL REPORT OF LABORATORY FINDINGS

Wisconsin Department of Justice
Division of Law Enforcement Services
State Crime Laboratory-Milwaukee
1578 South 11th Street
Milwaukee, WI 53204-2860
(414) 382-7500
FAX (414) 382-7507

Submitting Agency:

Chief Daniel Wade
Attn: Todd Thorne
Kenosha Police Department
1000 55th Street
Kenosha WI 53140-3794

Date: January 06, 2005

Lab Case: R04-3774

Agency No.: 04-156477

Case Name: Bell, Michael E. (S)

Laboratory Analyst:

Sharon M. Polakowski
DNA Analysis

I do hereby certify this document, consisting of 2 page(s), to be a true and correct report of the findings of the State Crime Laboratory on the items examined as shown by this report.

Peggy A. Lautenschlager
ATTORNEY GENERAL

DESIGNEE

---

## Laboratory Report

The following items were submitted to the DNA Analysis Unit for examination:

Item A: Gun holster from Erich Strausbaugh
Item B: Buccal swab standard from Erich Strausbaugh
Item C: Buccal swab standard from Sgt. Bartholomew
Item D: Bloodstain standard from Michael Bell, Jr.
Item E: Swabs from weapon

The gun holster (Item A) was swabbed for analysis purposes. The swab was subdesignated Item A1.

Six (6) of the twelve (12) swabs from the gun (Item E) were selected for analysis. These swabs were processed in groups of two, which were subdesignated Items E1, E2, and E3.

Human deoxyribonucleic acid (DNA) recovered from the swab from the holster (Item A1) and the swabs from the gun (Items E1, E2, and E3), as well as from the standards from Michael Bell, Jr. (Item D), Erich Strausbaugh (Item B), and Sgt. Bartholomew (Item C) was amplified using the polymerase chain reaction (PCR) and typed for short tandem repeat (STR) loci using the Applied Biosystems AmpFlSTR Profiler Plus and AmpFlSTR COfiler kits. The amplified DNA was typed for the following thirteen STR loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, TH01, TPOX, and CSF1PO and for amelogenin, a sex-specific marker.

The STR profiles developed from the swab from the holster (Item A1) and from the swabs from the gun (Items E1, E2, and E3) are mixtures of DNA that also exhibit degradation of sample. Both Michael Bell, Jr. and Sgt. Bartholomew are excluded as possible contributors to the DNA mixtures on these items.



It should be noted that identical twins share all genetic information, including STR DNA profiles.

The evidence from this case will be returned to the submitting agency at the earliest convenient opportunity.