1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF WISCONSIN
 3   * * * * * * * * * * * * * * *
 4   ESTATE OF MICHAEL EDWARD BELL, by Special
     Administrator Michael Martin Bell, KIM MARIE
 5   BELL, MICHAEL MARTIN BELL, and SHANTAE BELL,
 6                  Plaintiffs,
 7     vs.                    Case No. 05-C-1176
 8   OFFICER ERICH R. STRAUSBAUGH, OFFICER ERICH S.
     WEIDNER, LIEUTENANT DAVID H. KRUEGER, OFFICER
 9   ALBERT B. GONZALES, KENOSHA POLICE DEPARTMENT,
     CITY OF KENOSHA,
10
                    Defendants.
11
     * * * * * * * * * * * * * * *
12
13
                DEPOSITION OF TOM VIETH
14
         TAKEN AT: Kenosha City Hall
15       LOCATED AT: 625 52nd Street
                     Kenosha, WI
16
                  June 29, 2007
17            1:59 p.m. to 3:14 p.m.
18         REPORTED BY ANITA K. FOSS
         REGISTERED PROFESSIONAL REPORTER
19
20
     * * * * * * * * * * * * * * * *
21
              RAY REPORTING, INC.
22            Voice (414) 347-5599
              Fax (414) 347-1166
23          Toll Free (800) 472-0445
              www.rayreporting.com
24            Depos2Bdone@aol.com
              RayReporting@aol.com
25
```

```
 1              A P P E A R A N C E S
 2   CANNON & DUNPHY, S.C., by
     Mr. Patrick O. Dunphy
 3   and Mr. Brett Eckstein
     595 North Barker Road
 4   Brookfield, WI  53008-1750
     Appearing on behalf of the Plaintiffs.
 5
 6   GUNTA & REAK, SC, by
     Mr. Kevin P. Reak
 7   219 North Milwaukee Street, 5th Floor
     Milwaukee, WI  53202-5818
 8   Appearing on behalf of the Defendants.
 9   ALSO PRESENT:  Captain Randy Berner
10
                      I N D E X
11
12   Examination by                       Page
13   Mr. Dunphy. . . . . . . . . . . . . .  3
14
15                   E X H I B I T S
16                                         Page
     Exhibit No. Description            Identified
17
         112       Supplementary report. . . . . .6
18
         113       November 14, 2004 supplementary
19                 report prepared by Detective
                   Ollila. . . . . . . . . . . . 29
20
     (Original Exhibits attached to original transcript.
21         Copies provided to all counsel.)
22
23
24
25
```

```
 1        you informed that the shell casing was found
 2        near the fence on the far left side of where
 3        Officer Gonzales was standing?
 4   A    That wouldn't surprise me.
 5   Q    Did you know that?
 6   A    No.
 7   Q    Did you look to see how far away from Officer
 8        Gonzales the shell casing was located when it
 9        was found by Officer Thorne?
10   A    No.
11   Q    Did you look to see whether there was any
12        evidence of blood spatter on the windshield of
13        the Nissan?
14   A    I can't recall.
15   Q    Based upon all your years on the force, would
16        you expect that if a bullet was put through
17        somebody's head within a few feet of a
18        windshield, and that the bullet was traveling
19        towards the windshield, would you expect to see
20        evidence of blood spatter on the windshield?
21             MR. REAK:  Object to the form of the
22        question.
23             THE WITNESS:  You would see blood
24        spattered.
25        BY MR. DUNPHY:
```

1 Q Pardon?
2 A If a bullet went through, and through a head,
3 there would be blood spatter.
4 Q Did you look to the file to see if there was
5 any evidence of damage that would indicate what
6 the bullet struck after it passed through
7 Michael Bell's head?
8 A No.
9 MR. REAK: Object to the form of the
10 question. I realize I'm late.
11 BY MR. DUNPHY:
12 Q Have you given any consideration to reviewing
13 the testimony of the officers that has been
14 given in this case?
15 MR. REAK: Object to the form of the
16 question.
17 THE WITNESS: No.
18 BY MR. DUNPHY:
19 Q Have you asked to see it?
20 A No.
21 Q Have you asked -- Do you know the pathologist
22 who conducted the autopsy has testified in this
23 case?
24 A I didn't know that.
25 Q If you were given the testimony of the officers