1

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF WISCONSIN
 3    * * * * * * * * * * * * * * * * * * * * * *
 4   ESTATE OF MICHAEL EDWARD BELL, by Special
     Administrator Michael Martin Bell, KIM MARIE
 5   BELL, MICHAEL MARTIN BELL, and SHANTAE BELL,
              Plaintiffs,
 6
 7         vs.           Civil Action No. 05-C-1176
 8
     OFFICER ERICH S. STRAUSBAUGH, OFFICER ERICH S.
 9   WEIDNER, LIEUTENANT DAVID H. KRUEGER, OFFICER
     ALBERT B. GONZALES, KENOSHA POLICE DEPARTMENT,
10   CITY OF KENOSHA,
              Defendants.
11
12    * * * * * * * * * * * * * * * * * * * * * *
13
        VIDEOTAPED DEPOSITION OF ERICH WEIDNER
14
15          TAKEN AT:  KENOSHA CITY HALL
          LOCATED AT:  625 52nd Street
16              Kenosha, Wisconsin
                April 30, 2007
17           3:08 p.m. to 3:55 p.m.
18
           REPORTED BY ANNICK M. TRIMBLE
19        REGISTERED PROFESSIONAL REPORTER
20
    * * * * * * * * * * * * * * * * * * * * * *
21
22              RAY REPORTING, INC.
               Voice (414) 347-5599
23               Fax (414) 347-1166
            Toll Free (800) 472-0445
24            RayReporting@aol.com
              www.rayreporting.com
25
```

2

1                     A P P E A R A N C E S:
2
        CANNON & DUNPHY, S.C., by
3       Mr. Patrick O. Dunphy
        595 North Barker Road
4       Brookfield, Wisconsin  53008-1750
        Appearing on behalf of the Plaintiffs.
5
6       CANNON & DUNPHY, S.C., by
        Mr. Brett A. Eckstein
7       595 North Barker Road
        Brookfield, Wisconsin  53008-1750
8       Appearing on behalf of the Plaintiffs.
9
        GUNTA & REAK, S.C., by
10      Mr. Gregg J. Gunta
        219 North Milwaukee Street #500
11      Milwaukee, Wisconsin 53202-5818
        Appearing on behalf of the Defendants.
12
13      GUNTA & REAK, S.C., by
        Mr. Kevin P. Reak
14      219 North Milwaukee Street #500
        Milwaukee, Wisconsin 53202-5818
15      Appearing on behalf of the Defendants.
16
        ALSO PRESENT:  Todd Campbell,
17      videographer, Albert Gonzales, Erich
        Strausbaugh, David Krueger, Randall Burner
18
19
20
                       I N D E X
21
22      Examination by:                        Page
23
        Mr. Dunphy ................................ 5
24
25

3

1          E X H I B I T S

2

   Exhibit No.          Description                Page

3

4

   61 ....... Kenosha Police Department statement

5          of Erich Weidner ................ 4

6

   62 ....... Laser copy of photo ............ 31

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21  (The original exhibits were attached to the
    original transcript.  Copies were provided to
22  all counsel.)

23

24  (The original transcript was delivered to
    Attorney Dunphy.)

25

Case 2:05-cv-01176-CNC    Filed 11/09/07    Page 3 of 6    Document 38-13

1   Q    Now, if Lieutenant Krueger, Officer Gonzales,

2         and Officer Strausbaugh all have Mr. Bell up

3         the hood of the vehicle and had him covered, as

4         you described, testified to earlier, can you

5         explain to me how it was that you were able to

6         see the holster of Officer Strausbaugh?

7   A    Because I was on an angle on his southeast from

8         where he was located.  I could see his body was

9         angled enough so I could see that.

10  Q    And was it well lit enough that you could see

11        the holster?

12  A    It was lit enough to see the hand on the

13        holster, yes.

14  Q    And see the holster as well?

15  A    Yes.

16  Q    And see that the gun was still in the holster?

17  A    Yes.  It appeared the gun was still in the

18        holster.

19  Q    And roughly how far away would you have been

20        from Officer Strausbaugh at the time that you

21        were able to see the gun in the holster with

22        the hand on top of it?

23  A    I'd say five to six feet.

24  Q    Can you think of any reason why, based upon

25        your observation that evening, why Lieutenant

| | | |
|---|---|---|
| 1 | Q | All right.  When did you make the decision that |
| 2 | | it was an important bit of information? |
| 3 | A | When I was speaking with the lawyers. |
| 4 | Q | Okay.  And when you were speaking with the |
| 5 | | lawyers the other individuals in the room |
| 6 | | included Officer Strausbaugh? |
| 7 | A | Correct. |
| 8 | Q | Now, you returned to the scene at roughly 10:30 |
| 9 | | that morning with Detective Walton? |
| 10 | A | Correct. |
| 11 | Q | Were any of the other officers at the scene |
| 12 | | when you were there? |
| 13 | A | Not that I'm aware of, no. |
| 14 | Q | And while you were there at the scene you were |
| 15 | | able to identify your position at the time of |
| 16 | | the shooting? |
| 17 | A | Correct. |
| 18 | Q | I'm going to show you Exhibit 32 and it has |
| 19 | | numbered placards.  Do you see that? |
| 20 | A | Yes. |
| 21 | Q | Do you see the Placard No. 2? |
| 22 | A | Correct. |
| 23 | Q | Is that the position that you were in at the |
| 24 | | time Mr. Bell was shot? |
| 25 | A | Somewhere in that vicinity, yes. |

47

1  Q  That was your best effort at identifying for
2     the investigators where you were located at the
3     time Mr. Bell was shot?
4  A  Correct.
5  Q  Do you have any information today that would
6     allow you to put yourself in a different
7     position than what's shown in that exhibit?
8  A  No.
9  Q  Let's go off the record for just a minute,
10    please.
11         THE VIDEOGRAPHER:  The time is 3:54.
12    We are going off the record.
13      (A discussion held off the record.)
14         THE VIDEOGRAPHER:  The time is 3:54.
15    We are on the record.
16    BY MR. DUNPHY:
17 Q  Officer Weidner, I have been advised that your
18    squad did not have a digital patroller on
19    November 9, 2004.  Would you just verify for
20    the record, please?
21 A  That's correct.
22         MR. DUNPHY:  All right.  I have no
23    further questions.
24         MR. GUNTA:  I have no questions.
25         THE VIDEOGRAPHER:  We are going off