

**MISSION STATEMENT**
*The mission of the Kenosha Police Department is to serve all people with respect, fairness and compassion. We are committed to preserving peace, order and safety; enforcing laws and ordinances; and safeguarding constitutional rights.*

HOME | Site Index | Chief of Police | Administration | Operations | Employment | City Information | Survey | Tips | E-Mail
**KENOSHA POLICE DEPARTMENT ONLINE INFORMATION**

### Thursday, November 08, 2007 3:48:03 PM

| Asst. Chief of Administration<br>Thomas W. Genthner | **Chief of Police**<br>**Daniel C. Wade** | Asst. Chief of Operations<br>William J. Brydges |
|---|---|---|

- **Site Index**

- **Parking Ticket Information** *(Including alternate street parking information)*

- **Pay Parking Ticket On Line** NEW!

- **Winter Parking Regulations** NEW!

- **Kenosha's Most Wanted**

- **Uniform Crime Report**

- **Take our online Survey**

- **Neighborhood Watch News letter**

- **Public Records Request**

- **Safety TipsPay Parking Ticket On Line**

- **Public Safety Memorial**

- **Identity Theft**

- **Sex Offender Information Bulletin**

- **Citizen Complaint Information**

**Information on applications for:**

- **Police Officer** Applications are available on-line.

- **9-1-1 Dispatcher**


Internet Fraud Complaint Center


Child Pornography TIPLINE

**Patch Exchange?**


Kenosha, WI
Get the 10 day forecast
**48°F**
Cloudy
Feels Like: 45°F
Humidity: 50%

Flu Reports
Flu Facts
Cold & Flu Maps

**Wind: WSW at 7 mph**
Enter city/zip  GO
Download Desktop Weather

visit our host, Platinum Systems