1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WISCONSIN
 2   - - - - - - - - - - - - - - - - - - - - - - - - - -
     ESTATE OF MICHAEL EDWARD BELL, by
 3   Special Administrator
     Michael Martin Bell, KIM MARIE
 4   BELL, MICHAEL MARTIN BELL, and
     SHANTAE BELL,
 5
                              Plaintiffs,
 6
        vs.                             Case No. 05-C-1176
 7
     OFFICER ERICH R. STRAUSBAUGH,
 8   OFFICER ERICH S. WEIDNER,
     LIEUTENANT DAVID H. KRUEGER,
 9   OFFICER ALBERT B. GONZALES,
     KENOSHA POLICE DEPARTMENT, CITY OF
10   KENOSHA,
11                            Defendants.
12
13   - - - - - - - - - - - - - - - - - - - - - - - - - -
14              DEPOSITION OF:  FRANCIS CLARK
15      TAKEN AT:  MADRIGRANO, ZIEVERS, AIELLO, MARRY & DOWSE
16              LOCATED AT:  1108 56th Street
                           Kenosha, Wisconsin
17
                           June 6, 2007
18
                     2:20 p.m. to 3:50 p.m.
19
           REPORTED BY:  VICKY L. ST. GEORGE, RMR.
20
     - - - - - - - - - - - - - - - - - - - - - - - - - -
21
22                    RAY REPORTING, INC.
                      Voice (414) 347-5599
23                    Fax (414) 347-1166
                      Toll Free (800) 472-0445
24                    www.rayreporting.com
                      Depos2Bdone@aol.com
25                    RayReporting@aol.com
```

PLAINTIFF'S EXHIBIT 1

```
 1   A.   Yes.
 2   Q.   I'm going to read this into the record, quote:  I saw
 3        this third officer pull out his gun as he ran towards
 4        Michael and the other two officers.  This third
 5        officer went in between these other two officers, and
 6        it was a matter of seconds when I heard one single
 7        gunshot, and I saw a fourth officer come over the top
 8        of the north side fence, close quote.
 9             First of all, did I read that correctly?
10   A.   Yes.
11   Q.   Do you have any recollection of whether Detective
12        Ollila questioned you in anymore detail about what
13        this third officer did beyond what is recorded in
14        this statement?
15   A.   Not that I recall, no.
16   Q.   Has anyone from the Kenosha Police Department
17        contacted you since the November 11th statement that
18        you gave to Detective Ollila?
19   A.   No.
20   Q.   When this third officer went in between the other two
21        and then you heard the gunshot, was this third
22        officer on the right side of Michael Bell?
23   A.   He was in the middle, came directly up over his back.
24   Q.   Again, if you would look at Exhibit 100, would the
25        officer who fired the single gunshot have been to the
```

```
 1         right of the blue hoody and the MB initials that
 2         you've made on that exhibit?
 3                 MR. REAK:  I'll object to the form of the
 4         question.
 5                 MR. DUNPHY:  I'll rephrase the question.
 6         Let's use another exhibit.  It was marked earlier.
 7         Exhibit No. 36.
 8    BY MR. DUNPHY:
 9    Q.   Do you see the blue hoody in that photograph?
10    A.   Yes.
11    Q.   And do you see the initials DK in that photograph?
12    A.   Yes.
13    Q.   And you can see the driver side front wheel of the
14         Nissan?
15    A.   Yes.
16    Q.   As well as the hood of the Nissan, correct?
17    A.   Yes.
18    Q.   Was the office -- where was the officer who shot
19         Michael Bell in relation to any one of those three
20         identifiers at the time you heard the gunshot?
21    A.   Directly in line with the initials DK and the wheel.
22    Q.   When the officer -- when you heard the shot, was
23         there any officer standing in front of the Nissan?
24    A.   Not that I recall.
25    Q.   And the officer who ran around the back of the yard
```

```
 1            that you described in the manner that you described
 2            for us earlier, was that officer in front of the
 3            Nissan at the time you heard the gunshot?
 4     A.     No.
 5                      (Exhibit 101 marked.)
 6     BY MR. DUNPHY:
 7     Q.     I'm going to show you what we've marked as Exhibit
 8            101 which is, again, is a color copy of a police
 9            photograph that we have been provided by the Kenosha
10            Police Department.  Do you recognize the blue garment
11            that's shown in Exhibit 101?
12     A.     Yes.
13     Q.     And is that the quote, hoody, close quote, that you
14            were describing earlier?
15     A.     Yes.
16                      (Exhibit 102 marked.)
17     BY MR. DUNPHY:
18     Q.     I'm going to show you what is marked as Exhibit 102
19            which is again a copy of a police photo that we've
20            been provided by the Kenosha Police Department.  Does
21            that show the hoody on Michael Bell?
22     A.     Yes.
23                      MR. DUNPHY:  Off the record.
24                      (Discussion off the record.)
25     BY MR. DUNPHY:
```