1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF WISCONSIN
 3   * * * * * * * * * * * * * * *
 4   ESTATE OF MICHAEL EDWARD BELL, by Special
     Administrator Michael Martin Bell, KIM MARIE
 5   BELL, MICHAEL MARTIN BELL, and SHANTAE BELL,
 6                 Plaintiffs,
 7     vs.                    Case No. 05-C-1176
 8   OFFICER ERICH R. STRAUSBAUGH, OFFICER ERICH S.
     WEIDNER, LIEUTENANT DAVID H. KRUEGER, OFFICER
 9   ALBERT B. GONZALES, KENOSHA POLICE DEPARTMENT,
     CITY OF KENOSHA,
10
                   Defendants.
11
     * * * * * * * * * * * * * * *
12
13
              DEPOSITION OF SHANTAE BELL
14
         TAKEN AT: Cannon & Dunphy, SC
15      LOCATED AT: 595 North Barker Road
                  Brookfield, WI
16
                  March 6, 2006
17           2:24 p.m. to 3:28 p.m.
18          REPORTED BY ANITA K. FOSS
          REGISTERED PROFESSIONAL REPORTER
19
20
     * * * * * * * * * * * * * * *
21
                RAY REPORTING, INC.
22             Voice (414) 347-5599
                Fax (414) 347-1166
23           Toll Free (800) 472-0445
                www.rayreporting.com
24              Depos2Bdone@aol.com
                RayReporting@aol.com
25
```

PLAINTIFF'S EXHIBIT 2

1  Q   Just do the best you can.
2  A   Okay, let's see.  I don't know.  Mike's
3      screaming, "Get off of me."  His arms are
4      moving -- or his legs are moving, his arms are
5      standing still.
6  Q   Let me stop you there.  Are you sort of
7      thinking out loud --
8  A   Yes.
9  Q   -- as opposed to trying to answer the
10     question?
11 A   Yeah.
12 Q   That's fine.
13 A   I'm just making a mental note where we're at.
14     Strausbaugh still on his right, Weidner still
15     on his left, Gonzales comes up the driver's
16     side of our driveway.
17 Q   Where are Michael's hands?
18 A   Behind his back.
19 Q   And where is that in relation to Strausbaugh?
20 A   Right next to him.  I can see my brother's
21     right hand.  I can see part of -- I can see my
22     brother's right arm, his right hand, and part
23     of his left.  They're here, and I'm here
24     (indicating).  So we can see everything, just
25     about.

| | | |
|---|---|---|
| 1 | Q | What happens next? I think you started to say |
| 2 | | that some other officer came up? |
| 3 | A | Gonzales, I guess, was coming up the driveway. |
| 4 | | But I remember hearing, "He's got my gun," or, |
| 5 | | "He's going for my gun, he's going for my |
| 6 | | gun." And at that time, I believe the officer |
| 7 | | was, like, right there at where -- all three |
| 8 | | of the officers were -- came up on |
| 9 | | Strausbaugh's right side. |
| 10 | Q | This is Gonzales, you're talking about? |
| 11 | A | Yeah. Gonzales came up on Strausbaugh's right |
| 12 | | side, which would be right almost in front |
| 13 | | of -- also by the fender. |
| 14 | Q | So then there were three officers? |
| 15 | A | Uh-huh. |
| 16 | Q | What happened next? |
| 17 | A | We're screaming, "Please help us, please help |
| 18 | | us." "He's going for my gun." We are |
| 19 | | screaming, "No, he doesn't have it. Don't |
| 20 | | hurt him. Don't kill him. He doesn't have |
| 21 | | your gun." I heard somebody yell, "Shoot, |
| 22 | | shoot." You seen the arm go up like this |
| 23 | | (indicating). |
| 24 | Q | Who yelled, "Shoot, shoot"? |
| 25 | A | I don't know. You seen whoever had the gun, |

```
 1       which now I found out is Gonzales, his arm go
 2       up like this (indicating), and I heard the
 3       shot go off.  My brother's legs moved, or
 4       stopped moving completely.  I heard him stop
 5       talking.  I yell out, "You killed him, you
 6       killed him."
 7   Q   Okay.
 8   A   Okay.
 9   Q   Then what happened?  Did more officers show
10       up?
11   A   Oh, it was like a swarm of, like, bees or
12       attack dogs.  Everybody just, like, went over
13       like this.  We got escorted, more or less --
14       the officer was screaming at us to get inside
15       the house.  I mean, I couldn't even go over by
16       my brother, couldn't even see if he was all
17       right.  I mean, when I turned around, all I
18       could see was the blood.
19   Q   At the time that you heard the shot, it's your
20       testimony that Weidner was on one side of your
21       brother?
22   A   Yes.
23   Q   Strausbaugh was on the other?
24   A   Yes.  Gonzales was right next to Strausbaugh.
25   Q   Gonzales came up and fired the shot?
```