1

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF WISCONSIN
 3   * * * * * * * * * * * * * * * * * * * * * *
 4   ESTATE OF MICHAEL EDWARD BELL, by Special
     Administrator Michael Martin Bell, KIM MARIE
 5   BELL, MICHAEL MARTIN BELL, and SHANTAE BELL,
              Plaintiffs,
 6
 7        vs.            Civil Action No. 05-C-1176
 8
     OFFICER ERICH S. STRAUSBAUGH, OFFICER ERICH S.
 9   WEIDNER, LIEUTENANT DAVID H. KRUEGER, OFFICER
     ALBERT B. GONZALES, KENOSHA POLICE DEPARTMENT,
10   CITY OF KENOSHA,
              Defendants.
11
12   * * * * * * * * * * * * * * * * * * * * * *
13
     VIDEOTAPED DEPOSITION OF ERICH STRAUSBAUGH
14
15        TAKEN AT:  KENOSHA CITY HALL
          LOCATED AT:  625 52nd Street
16              Kenosha, Wisconsin
                 April 30, 2007
17           1:09 p.m. to 3:00 p.m.
18
          REPORTED BY ANNICK M. TRIMBLE
19       REGISTERED PROFESSIONAL REPORTER
20
     * * * * * * * * * * * * * * * * * * * * * *
21
22            RAY REPORTING, INC.
              Voice (414) 347-5599
23             Fax (414) 347-1166
            Toll Free (800) 472-0445
24            RayReporting@aol.com
              www.rayreporting.com
25
```

PLAINTIFF'S EXHIBIT 3

1          yourself from the football tackle grasp?

2                  MR. GUNTA: Objection to the form of

3          the question, Counsel. He didn't testify that

4          he freed himself from it.

5          BY MR. DUNPHY:

6     Q    Eventually you were freed from the football

7          tackle grasp.

8     A    Yes.

9     Q    And when that happened what did you do?

10    A    I was still pinned up against the vehicle.

11    Q    If -- and how were you pinned up against the

12         vehicle if Mr. Bell no longer had you in the

13         football tackle?

14    A    Because Mr. Bell was still right here on my

15         right side.

16    Q    Well, was he holding -- or how was he pinning

17         you against the car if he no longer had his

18         arms around you?

19    A    I guess you have to understand, shortly after I

20         hit the car Michael Bell had my gun, so this

21         happened all within seconds. I mean, there

22         wasn't little frames going on here where okay,

23         he has his arms around me, I have to remove his

24         arms and reposition myself. This was all

25         happening, it was like this. (Indicating.) It