1

1         UNITED STATES DISTRICT COURT
2         EASTERN DISTRICT OF WISCONSIN
3 * * * * * * * * * * * * * * * * * * * * * *
4 ESTATE OF MICHAEL EDWARD BELL, by Special Administrator Michael Martin Bell, KIM MARIE
5 BELL, MICHAEL MARTIN BELL, and SHANTAE BELL,
        Plaintiffs,
6
7 vs.         Civil Action No. 05-C-1176
8
OFFICER ERICH S. STRAUSBAUGH, OFFICER ERICH S.
9 WEIDNER, LIEUTENANT DAVID H. KRUEGER, OFFICER ALBERT B. GONZALES, KENOSHA POLICE DEPARTMENT,
10 CITY OF KENOSHA,
        Defendants.
11
12 * * * * * * * * * * * * * * * * * * * * * *
13
VIDEOTAPED DEPOSITION OF ALBERT B. GONZALES
14
15     TAKEN AT: KENOSHA CITY HALL
    LOCATED AT: 625 52nd Street
16       Kenosha, Wisconsin
      April 30, 2007
17     9:17 a.m. to 10:57 a.m.
18
    REPORTED BY ANNICK M. TRIMBLE
19   REGISTERED PROFESSIONAL REPORTER
20
* * * * * * * * * * * * * * * * * * * * * * *
21
22       RAY REPORTING, INC.
      Voice (414) 347-5599
23       Fax (414) 347-1166
    Toll Free (800) 472-0445
24      RayReporting@aol.com
     www.rayreporting.com
25

PLAINTIFF'S EXHIBIT 4

| | | |
|---|---|---|
| 1 | Q | Did you have your arm extended and your -- and |
| 2 | | the gun pointed at Mr. Bell's head? |
| 3 | A | The gun was slightly canted. |
| 4 | Q | In which direction? |
| 5 | A | I believe it would have been in the right |
| 6 | | direction. |
| 7 | Q | So you had your hand turned slightly to the |
| 8 | | right? |
| 9 | A | Correct. |
| 10 | Q | How slightly, 5 degrees, 10 degrees? |
| 11 | A | I could not tell you how many degrees. |
| 12 | Q | Minimally? |
| 13 | A | I could not tell you how many degrees. |
| 14 | Q | So if you wanted to try and tell me how many |
| 15 | | degrees it was canted you would be speculating? |
| 16 | A | Correct. |
| 17 | Q | After Mr. Bell was shot you ultimately returned |
| 18 | | to the scene? |
| 19 | A | Hours later, yes. |
| 20 | Q | And you went there with some detectives in |
| 21 | | order to identify where you were at the time |
| 22 | | that you pulled the trigger, correct? |
| 23 | A | With my detective, Detective Salas. |
| 24 | | (Exhibit Nos. 32 - 36 marked for identification.) |
| 25 | | MR. GUNTA: Excuse me. Pat, can I |