1

```
 1        UNITED STATES DISTRICT COURT
 2        EASTERN DISTRICT OF WISCONSIN
 3   * * * * * * * * * * * * * * * * * * * * * * *
 4   ESTATE OF MICHAEL EDWARD BELL, by Special
     Administrator Michael Martin Bell, KIM MARIE
 5   BELL, MICHAEL MARTIN BELL, and SHANTAE BELL,
          Plaintiffs,
 6
 7      vs.            Civil Action No. 05-C-1176
 8
     OFFICER ERICH R. STRAUSBAUGH, OFFICER ERICH S.
 9   WEIDNER, LIEUTENANT DAVID H. KRUEGER, OFFICER
     ALBERT B. GONZALES, KENOSHA POLICE DEPARTMENT,
10   CITY OF KENOSHA,
          Defendants.
11
12   * * * * * * * * * * * * * * * * * * * * * * *
13
     VIDEOTAPED DEPOSITION OF DAVID H. KRUEGER
14
15        TAKEN AT:  KENOSHA CITY HALL
          LOCATED AT:  625 52nd Street
16             Kenosha, Wisconsin
               April 30, 2007
17          11:09 a.m. to 12:31 p.m.
18
          REPORTED BY ANNICK M. TRIMBLE
19        REGISTERED PROFESSIONAL REPORTER
20
     * * * * * * * * * * * * * * * * * * * * * * *
21
22             RAY REPORTING, INC.
              Voice (414) 347-5599
23             Fax (414) 347-1166
             Toll Free (800) 472-0445
24            RayReporting@aol.com
              www.rayreporting.com
25
```

PLAINTIFF'S EXHIBIT 5

```
 1       it was a blue shirt or a jacket or what it was.
 2   Q   When you first arrived at 8310 14th Avenue you
 3       went around the left side or what would be the
 4       south side of the building?
 5   A   I believe I went one house to the south.  Is
 6       8310 the address of the Bell residence?
 7   Q   Yes.  It's a duplex.  There's 8310, 8312, and
 8       there is a driveway around the south side, the
 9       left side of the building, as well as a
10       driveway on the right side of the building.
11   A   Okay.
12   Q   Do you remember which way you went to get to
13       the backyard?
14   A   I went around the south side of a residence.
15       I'm not quite sure though if it was the Bell
16       duplex or the one south of that, but I was on
17       the south side of a residence.
18   Q   All right.  Did you have your flashlight with
19       you and out when you went -- ran around the
20       house?
21   A   Yes, sir.
22   Q   Did you have your weapon in its holster?
23   A   Yes, sir.
24   Q   Did you have your taser in its holster?
25   A   Yes, sir.
```