```
1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF WISCONSIN
3
4   - - - - - - - - - - - - - - - -
5   ESTATE OF JUSTIN FIELDS, by          Case No.:  03 C 1450
    Special Administrator Katrinka
6   Toran, KATRINKA TORAN, and
    BOBBY FIELDS,
7                                        Judge:  Hon. J.P.
              Plaintiffs,                        Stadtmueller
8
        vs.                                      COPY
9
    OFFICER CRAIG NAWOTKA,
10  CHIEF ARTHUR JONES and
    CITY OF MILWAUKEE,
11
              Defendants.
12
    - - - - - - - - - - - - - - - -
13
14
15
16                   Deposition of
17              WILLIAM JOSEPH LEWINSKI
18                   May 14, 2007
19                    10:38 a.m.
20
21
22
23  Reported by:
           Timothy J. McGowan, McGowan Reporting, LLC
24    230 Westwood Drive, Mankato, Minnesota  56001-2243
          office:  507-344-8194   fax:  507-344-2126
25         e-mail:  Admin@McGowanReporting.com
```

```
 1              Deposition of WILLIAM JOSEPH LEWINSKI,
 2      taken pursuant to Notice of Taking Deposition and
 3      taken before Timothy J. McGowan, a Notary Public in
 4      and for the County of Blue Earth and State of
 5      Minnesota, at Force Science Research Center,
 6      109 Morris Hall, Minnesota State University,
 7      Mankato, Minnesota, on the 14th day of May, 2007,
 8      commencing at approximately 10:38 a.m.
 9                  *        *        *        *
10   APPEARANCES:
11   Representing the Plaintiffs:
12        Mark L. Thomsen, Esquire
          Cannon & Dunphy, S.C.
13        595 North Barker Road, P.O. Box 1750
          Brookfield, Wisconsin   53008-1750
14        phone:  262-780-7188
          fax:    262-796-5800
15        e-mail: mthomsen@cannon-dunphy.com
16
     Representing the Defendants:
17
          Susan E. Lappen, Esquire
18        City of Milwaukee, Office of the City Attorney
          200 East Wells Street, Suite 800
19        Milwaukee, Wisconsin   53202-3551
          phone:  414-286-2601
20        fax:    414-286-8550
21               (Ms. Lappen attended via telephone
          conference call.)
22
23
24
25
```

Timothy J. McGowan  
McGowan Reporting, LLC  
Tim@McGowanReporting.com  
Toll-free: 1-866-452-7002

Case 2:05-cv-01176-CNC   Filed 12/21/07   Page 2 of 5   Document 51-7

```
 1                          INDEX

 2   EXAMINATION:
          By Mr. Thomsen . . . . . . . . . . . . . . . .   4
 3
     OBJECTIONS:
 4        By Ms. Lappen . . . . . . . . . . . . . . . .  71
          By Ms. Lappen . . . . . . . . . . . . . . . .  84
 5        By Ms. Lappen . . . . . . . . . . . . . . . . 127
          By Ms. Lappen . . . . . . . . . . . . . . . . 130
 6
     EXHIBITS:
 7        175 marked  . . . . . . . . . . . . . . . . .   7
          176 marked  . . . . . . . . . . . . . . . . .  12
 8        177 marked  . . . . . . . . . . . . . . . . .  18
          178 marked  . . . . . . . . . . . . . . . . .  21
 9        179 marked  . . . . . . . . . . . . . . . . .  36

10        180 marked  . . . . . . . . . . . . . . . . .  91
          181 marked  . . . . . . . . . . . . . . . . . 104
11        182 marked  . . . . . . . . . . . . . . . . . 136
          183 marked  . . . . . . . . . . . . . . . . . 138
12        184 marked  . . . . . . . . . . . . . . . . . 142

13        185 marked  . . . . . . . . . . . . . . . . . 143
          186 marked  . . . . . . . . . . . . . . . . . 146
14        187 marked  . . . . . . . . . . . . . . . . . 148
          188 marked  . . . . . . . . . . . . . . . . . 150
15
           33 referenced . . . . . . . . . . . . . . . 151
16
                 (All exhibits were retained by
17       Mr. Thomsen, and thus none are scanned or
         attached.)
18
                  *         *         *         *
19       WHEREUPON, the following proceedings were had:
                  *         *         *         *
20

21

22

23

24

25
```

Timothy J. McGowan                    Tim@McGowanReporting.com
McGowan Reporting, LLC                Toll-free: 1-866-452-7002

1   didn't know the difference between the animation
2   and the real person?  I'm thinking of a movie.
3   A.   I -- I don't know.
4              (Exhibit 182 marked for identification.)
5   BY MR. THOMSEN:
6   Q.   The -- I have marked as 182 The Police Marksman,
7   September-October 1999.  This is essentially the
8   publication of your 25-person study; is that
9   correct?
10  A.   That's correct.
11  Q.   Is it published in any other form other than The
12  Police Marksman?
13  A.   No.  We did print it for the Academy of Criminal
14  Justice Sciences, which is presentations, but it's
15  not -- it's not published.
16  Q.   Okay.
17  A.   It was handed out --
18  Q.   Right.
19  A.   -- during the seminar.
20  Q.   Okay.  So you --
21  A.   Or conference.
22  Q.   -- you took the -- essentially the article for The
23  Police Marksman and handed out the article at a
24  conference?
25  A.   No, no.  We wrote a -- we wrote a document --

Timothy J. McGowan                    Tim@McGowanReporting.com
McGowan Reporting, LLC                    Toll-free: 1-866-452-7002

| | | |
|---|---|---|
| 1 | Q. | Oh. |
| 2 | A. | -- for the Academy of Criminal Justice Sciences |
| 3 | | that was handed out -- |
| 4 | Q. | I see. |
| 5 | A. | -- that detailed out two studies. |
| 6 | Q. | Do you have that? I couldn't find that on your Web |
| 7 | | site. |
| 8 | A. | Ah . . . |
| 9 | Q. | Or is that gone now? |
| 10 | A. | I -- I don't know. I'd have to look it up. |
| 11 | Q. | If you have it, I would -- |
| 12 | A. | Okay. |
| 13 | Q. | -- appreciate a copy of it. |
| 14 | A. | Okay. |
| 15 | Q. | All right. It'd be fair to say that Exhibit 182, |
| 16 | | this is not a peer-reviewed publication; correct? |
| 17 | A. | That's correct. |
| 18 | Q. | Other than referencing your 25-person study in |
| 19 | | your -- your own article that we've discussed in |
| 20 | | the -- "The Scene," has it ever appeared in any |
| 21 | | peer-reviewed publication? |
| 22 | A. | No. I -- I don't know -- I -- I need to qualify |
| 23 | | that: I don't know how much of it is -- is in the |
| 24 | | Mental Chronometry article, and -- but that was |
| 25 | | peer-reviewed. |