1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF WISCONSIN
 3   * * * * * * * * * * * * * * * * * * * * * * * *
 4   ESTATE OF MICHAEL EDWARD BELL, by Special
     Administrator Michael Martin Bell, KIM MARIE
 5   BELL, MICHAEL MARTIN BELL, and SHANTAE BELL,
             Plaintiffs,
 6
 7       vs.              Civil Action No. 05-C-1176
 8
     OFFICER ERICH S. STRAUSBAUGH, OFFICER ERICH S.
 9   WEIDNER, LIEUTENANT DAVID H. KRUEGER, OFFICER
     ALBERT B. GONZALES, KENOSHA POLICE DEPARTMENT,
10   CITY OF KENOSHA,
             Defendants.
11
12   * * * * * * * * * * * * * * * * * * * * * * * *
13
         VIDEOTAPED DEPOSITION OF ERICH WEIDNER
14
15       TAKEN AT:  KENOSHA CITY HALL
         LOCATED AT:  625 52nd Street
16              Kenosha, Wisconsin
                  April 30, 2007
17            3:08 p.m. to 3:55 p.m.
18
         REPORTED BY ANNICK M. TRIMBLE
19       REGISTERED PROFESSIONAL REPORTER
20
     * * * * * * * * * * * * * * * * * * * * * * * *
21
22           RAY REPORTING, INC.
             Voice (414) 347-5599
23            Fax (414) 347-1166
            Toll Free (800) 472-0445
24           RayReporting@aol.com
            www.rayreporting.com
25
```

PLAINTIFF'S EXHIBIT 9

| | | |
|---|---|---|
| 1 | A | I was not kneeing Michael Bell, no. |
| 2 | Q | Was Officer Strausbaugh delivering knee strikes |
| 3 | | to Mr. Bell at this point? |
| 4 | A | I'm not sure if it was that point. |
| 5 | Q | Did you ever see any of the officers involved |
| 6 | | with Mr. Bell in the backyard area here, |
| 7 | | driveway area, kick Mr. Bell? |
| 8 | A | No. |
| 9 | Q | At this point in time when you and Mr. Bell and |
| 10 | | Officer Strausbaugh are struggling on the |
| 11 | | ground did you attempt to cuff Mr. Bell? |
| 12 | A | Yes. |
| 13 | Q | How did you attempt to cuff him? |
| 14 | A | We had him on the ground.  When he got to his |
| 15 | | knees with his back bent and his head towards |
| 16 | | the ground, I was holding -- had my weight on |
| 17 | | his top shoulder area of his left side of me. |
| 18 | | He began to place his hands on the ground, |
| 19 | | planting his hands on the ground and doing sort |
| 20 | | of like a pushup with me on top of me, and when |
| 21 | | I realized that his -- his wrist was open and |
| 22 | | wasn't stuck underneath his body I then reached |
| 23 | | around and grabbed my handcuffs and my only |
| 24 | | free hand at the time was my left hand.  I put |
| 25 | | him -- put my handcuffs in my left hand and |

```
 1        reached down to handcuff the left wrist and as
 2        soon as I got -- made contact with his wrist
 3        before the ratcheting Mr. Bell moved his hand
 4        out of the way and the handcuffs went to the
 5        ground with me and he fell.  Then he wasn't on
 6        his hands no more and he fell back to the
 7        ground.
 8   Q    What did you do with those handcuffs after
 9        that?
10   A    I started losing control of them, so I let go
11        of them.
12   Q    And eventually did you retrieve them before the
13        night was over?
14   A    Yes.
15   Q    Did you retrieve them before they were
16        categorized or cataloged as evidence?
17   A    Yes.
18   Q    Where were they when you retrieved them?
19   A    The spot that I dropped them.
20   Q    Can you show us in relation to the mark you
21        just made on that exhibit where the handcuffs
22        would have been located?
23   A    It was in that -- in the circled area, in the
24        vicinity of that circled area.  I couldn't tell
25        you exactly.
```