UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF MICHAEL EDWARD BELL, by
Special Administrator Michael Martin Bell,
KIM MARIE BELL, MICHAEL MARTIN BELL,
and SHANTAE BELL,

      Plaintiffs,               Case No.:  02:05-CV-01176-CNC

v.

OFFICER ERICH R. STRAUSBAUGH,
OFFICER ERICH S. WEIDNER,
LIEUTENANT DAVID H. KRUEGER,
OFFICER ALBERT B. GONZALES,
KENOSHA POLICE DEPARTMENT,
CITY OF KENOSHA,

      Defendants.

---

## PLAINTIFFS' SUPPLEMENTAL RULE 26 REBUTTAL EXPERT WITNESS DISCLOSURES

**PLEASE TAKE NOTICE** that the plaintiffs may call the following expert witness to present testimony at the time of trial in this case:

1.     Dan E. Krane, Ph.D.
        Forensic Bioinformatics
        2850 Presidential Drive
        Suite 150
        Fairborn, OH 45324

        Dr. Krane will testify consistent with his report dated October 10, 2008 (attached hereto as Exhibit 1). Dr. Krane reserves the right to use as trial exhibits, all documents, depositions and deposition exhibits referenced in this report and which become available during discovery from the date of his report to the trial. Dr. Krane's curriculum vitae is attached as Exhibit 2 and a list of his prior testimony is inclusive of Exhibit 2. Dr. Krane will charge $200.00 per hour for his testimony at trial.

Dated at Brookfield, Wisconsin this 13th day of October, 2008.

**CANNON & DUNPHY, S.C.**
Attorneys for Plaintiff


By: /s/Patrick O. Dunphy
   Patrick O. Dunphy
   State Bar No. 1016947

**P.O. ADDRESS:**
595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750
Telephone: (262) 796-3701
Facsimile: (262)796-3711
E-mail: pdunphy@cannon-dunphy.com