UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

ESTATE OF MICHAEL EDWARD BELL, by
Special Administrator Michael Martin Bell,
KIM MARIE BELL,
MICHAEL MARTIN BELL, and
SHANTAE BELL,

                Plaintiffs,

vs.                           Case No. 05-C-1176

OFFICER ERICH R. STRAUSBAUGH,
OFFICER ERICH S. WEIDNER,
LIEUTENANT DAVID H. KRUEGER,
OFFICER ALBERT B. GONZALES,
KENOSHA POLICE DEPARTMENT,
c/o CHIEF OF POLICE DANIEL C. WADE,
and CITY OF KENOSHA,

                Defendants.
_____

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
_____

TO:    Estate of Michael Edward Bell,
         Kim Marie Bell,
         Michael Martin Bell, and
         Shantae Bell
         c/o Patrick O. Dunphy, Esq.
         Cannon & Dunphy, S.C.
         595 North Barker Road
         Brookfield, WI 53008-1750

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Officer Erich R. Strausbaugh, Officer Erich S. Weidner, Lieutenant David H. Krueger, Officer Albert B. Gonzales, Kenosha Police Department, c/o Chief of Police Daniel C. Wade, and City of Kenosha, by their attorneys, Gunta & Reak, S.C., move for summary judgment dismissing all claims asserted in Plaintiffs' Complaint against them.

This motion is supported by the following:

1.     Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment;

1

2. Defendants' Proposed Findings of Fact in Support of Defendants' Motion for Summary Judgment;

3. Affidavit of Albert B. Gonzales in Support of Defendants' Motion for Summary Judgment, along with an Exhibit;

4. Affidavit of David H. Krueger in Support of Defendants' Motion for Summary Judgment;

5. Affidavit of Erich R. Strausbaugh in Support of Defendants' Motion for Summary Judgment;

6. Affidavit of Daniel C. Wade in Support of Defendants' Motion for Summary Judgment;

7. Affidavit of Erich Weidner in Support of Defendants' Motion for Summary Judgment; and

8. Affidavit of Kevin P. Reak in Support of Defendants' Motion for Summary Judgment, along with Exhibits.

Dated at Milwaukee, Wisconsin, this 3rd day of November, 2008.

> GUNTA & REAK, S.C.
> Attorneys for Defendants
>
> By: /s/ Ann C. Wirth
> Kevin P. Reak, State Bar No. 1004316
> Ann C. Wirth, State Bar No. 1002469
> 219 North Milwaukee Street, Fifth Floor
> Milwaukee, Wisconsin 53202
> Telephone: (414) 291-7979
> Facsimile: (414) 291-7960
> E-mail: kpr@gunta-reak.com
> E-mail: acwirth@wi.rr.com